## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                      )

                              )

**SHEEHAN PIPE LINE CONSTRUCTION**   )       **Case No. 16-10678**
**COMPANY,**               )       **(Chapter 11)**

                              )

       **Debtor.**              )

                              )

### DEBTOR'S MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS AND REQUEST FOR RELIEF FROM THE TEN DAY STAY OF EXECUTION

Sheehan Pipe Line Construction Company ("Sheehan"), debtor-in-possession herein, by and through its counsel, hereby requests that the Court enter an order (i) authorizing the sale of certain equipment pursuant to 11 U.S.C. § 363(b) and (f) and Federal Rules of Bankruptcy Procedure 2002 and 6004 free and clear of all liens, claims, encumbrances, and other interests, with such liens, claims, encumbrances, and other interests, if any, to attach to the proceeds thereof, and (ii) granting relief from the ten day stay of execution imposed by Federal Rule of Bankruptcy Procedure 6004(g). As grounds therefore, Sheehan will show the Court the following:

### Jurisdiction

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). Reference to the Court of this matter is proper pursuant to 28 U.S.C. § 157(a). This is a core proceeding as contemplated by 11 U.S.C. § 157(b)(2)(A), (M), (N), and (O). In addition, venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      Sheehan filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on April 15, 2016. Upon filing, Sheehan began operating as a debtor-in-possession with all rights, powers, and duties of a trustee in bankruptcy pursuant to 11 U.S.C. §§ 1107 and 1108.

3.      Sheehan's business involves all aspect of pipeline construction, and uses substantial heavy machinery and equipment.

4.      Sheehan has no ongoing job at this time for which it is required to utilize the Equipment.  Sheehan has the right to use the Equipment under the APA, described below, but presently, the Equipment is not in use on Sheehan jobs.  A sale of the Equipment under these circumstances is in the best interests of this Estate and its creditors.

5.      As of April 13, 2016, Sheehan and Ritchie Bros. Auctioneers (America), Inc. ("Ritchie") entered into an Asset Purchase Agreement ("APA"), a copy of which is appended hereto as Exhibit "A," and incorporated herein by reference whereby Ritchie seeks to purchase substantially all of Sheehan's equipment as the Stalking Horse Bidder under proposed Bid Procedures subject to a separate motion filed concurrently herewith. The equipment being sold is listed in Exhibit "A" to the APA (hereinafter, "Equipment").

6.      Under the terms of the proposed APA, Ritchie will purchase the Equipment for a minimum of $29.5 million, subject to certain adjustments, plus a revenue sharing agreement when the Equipment is sold by Ritchie through one or more public auctions that provides upside to Sheehan as described in paragraph 7 of the APA.

7.     Other relevant terms of the APA include the following (in the event of conflict and as to other matters not set forth in the summary below, the more detailed provision of the Bid Procedures approved by the Court shall control):

(a)     A sale would be held in Bankruptcy Courtroom No. 2, on a date set by Court Order.

(b)     Equipment will be sold to Ritchie pursuant to the APA for a sum of $29,500,000, subject to certain adjustments, plus a potential sharing of proceeds, as set forth in the APA, if Ritchie is Successful Bidder upon its resale of the Equipment at one or more public auctions.  The sale to Ritchie Bros. and the APA are subject to higher and better offers of competing bidders who meet certain qualifying conditions.

(c)     The initial competing bid must exceed the Stalking Horse Purchase Price by $3 million (i.e. be at least $32.5 million).  Thereafter, competing bids must be made in increments of not less than $500,000 over the initial overbid unless the Court determines under the circumstances that incremental increases in a lesser amount are appropriate.

(d)     Competing bid must be in a form substantially identical to the Stalking Horse APA in all material terms, i.e. all cash, no financing contingencies, no further due diligence, and for all of the Equipment and not a subset (except as to necessary conforming changes to reflect a different purchaser and the higher offer).  This requirement is necessary to (i) ensure comparability of bids, (ii) preserve an extensively negotiated sale structure that Debtor believes is favorable to its estate and meets the needs of its various constituents, (iii) reduce the risk of delaying the closing date, (iv) avoid lengthy negotiations with a competing bidder as to different terms of sale, and (v) eliminate the imposition of contingencies or conditions by a competing bidder that are not present in the Stalking Horse APA.  While competing bids are not required to have the profit sharing component of the Stalking Horse Bid, in evaluating Qualifying Bids to determine the Successful Bid, Debtor will consider all such Qualifying Bids against the Stalking Horse Bid and the unique profit sharing provisions agreed to by Debtor and Stalking Horse, which, in Debtor's business judgment, may require an estimate by the Bankruptcy Court of the net value of the profit sharing component.

(e)     A copy of the Bid Procedures Order, along with a copy of this Sale Motion, will be served on (i) all parties who have expressed, in a writing addressed to Debtor, an interest in acquiring the Equipment, (ii) the United States Trustee, (iii) counsel for any Committee, (iv) counsel for CAT, (v) counsel for Zurich, (vi) all other parties listed on the Official Service List, and (vii) any other parties Debtor reasonably believes might have an interest in acquiring the Equipment.

(f)     Debtor shall make the Equipment, where located, and any records relating thereto available to any Potential Bidder for review subject to execution of a confidentiality

agreement agreeable to Debtor during a period from approval of Bid Procedures and date of Sale.

(g)     In the event that Stalking Horse is successful in purchasing the Equipment, its Good Faith Deposit will be credited against the Purchase Price due at Closing together with interest at 5% per annum from date of usage by Debtor until repaid.  If the Equipment is sold to a Qualified Bidder other than Stalking Horse that outbids Stalking Horse, an amount equal to the Good Faith Deposit amount utilized by Debtor (up to $1,500,000) together with interest calculated at 5% per annum from the date of usage until repaid, shall be paid to Stalking Horse from the overbid proceeds, in addition to payment of the Break-Up Fee due to Stalking Horse.  In the event no sale is consummated, pursuant to the Bid Procedures Order, Stalking Horse shall be entitled to an amount necessary to reimburse Stalking Horse in the amount of its Good Faith Deposit utilized by Debtor plus interest at 5% per annum from date of usage by Debtor until repaid from the proceeds of any sale of the Equipment, with Stalking Horse being granted an administrative expense claim under 11 U.S.C 503(b) and a surcharge on the Equipment under 11 U.S.C §506(c).

(h)     The payment of a fee (the "Break-up Fee) to Stalking Horse in the amount of 3% of the $29.5 million Purchase Price ($885,000) as defined in paragraph 6(d) of the APA in the event that the Court approves this Sale Motion, the Stalking Horse is not in default under the Stalking Horse APA, and the Equipment is sold to another buyer for an amount equal to or greater than $32.5 million at the Sale.  The Break-Up Fee is Stalking Horse's exclusive remedy in the event a sale is achieved but is not consummated with Stalking Horse as contemplated in the APA.  The Break-Up Fee was negotiated at arms' length, and Debtor's agreement to the Break-Up Fee is an appropriate exercise of its business judgment.

8.      Sheehan and Ritchie have negotiated the foregoing terms and conditions at arm's length and in good faith. Furthermore, Ritchie and its principals are not related to or affiliated with Sheehan in any way. Moreover, the proposed Bid Procedures require bidders to disclose all connections with Sheehan as part of the bidding process.

9.      Sheehan asserts that the sale of the Equipment pursuant to this Motion is in the best interests of Sheehan's bankruptcy estate, its creditors, and its equity holders, as it preserves and maximizes the value of the Equipment, which are Sheehan's most valuable assets.

## Discussion

*Sale of Assets Pursuant to § 363(b) and (f)*

10.     Section 363 of the United States Bankruptcy Code provides that a debtor-in-possession "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). A majority of courts, including courts that have decided the issue in the Tenth Circuit, have held that § 363(b) allows a debtor-in-possession to sell all or substantially all of its assets in a Chapter 11 proceeding prior to confirmation of a plan of reorganization. *See, e.g., In re Ancor Exploration Co.*, 30 B.R. 802, 808 (N.D. Okla. 1983); *In re Allison*, 39 B.R. 300, 301 (Bankr. D. N.M. 1984); *In re Medical Software Solutions*, 286 B.R. 431, 439-40 (Bankr. D. Utah 2002); *In re Castre, Inc.*, 312 B.R. 426, 428 (Bankr. D. Colo. 2004); *see also* 3 *Collier on Bankruptcy* ¶ 363.02[4], at p. 363-19-20 (Alan N. Resnick & Henry Sommer, eds. 15th rev. ed. 2003).

11.     A sale of substantially all of a debtor-in-possession's assets under § 363(b) is a matter within a court's discretion, giving due consideration to the sound business judgment of the debtor-in-possession. *See In re Lionel Corp.*, 722 F.2d 1063, 1071 (2nd Cir. 1983); *Castre*, 312 B.R. at 428 (citing *Lionel*). Courts typically consider multiple factors to determine whether to approve such sales, including: (i) whether there is a sound business reason for the sale; (ii) whether there has been adequate notice to interested parties (iii) whether the terms of the sale have been fully disclosed; (iv) whether the debtor-in-possession's relationship with the buyer taints the sale; and (v) whether the buyer is proceeding in good faith. *Medical Software Solutions*, 286 B.R. at 439-40; *see also Castre*, 312 B.R. at 428.[1]

---

[1] While many of the factors are fairly straightforward, courts have wrestled with what constitutes the "sound business judgment" of a debtor-in-possession. As the court in *Medical Software Solutions*, 286 B.R. 431, observed, there are various factors that go into the equation, but the most important is whether the asset being sold is increasing or decreasing in value. *Id.* at 441. Sheehan believes that the

12.     The relevant factors to support a § 363 sale are met in this case and the sale of the Equipment to Ritchie or to the Successful Bidder under the proposed Bid Procedures should be approved by the Court. The sale is the best opportunity to promptly realize the maximum value of Sheehan's most valuable assets and to preserve the value of the same for the benefit of creditors and interest holders.  The proposed Stalking Horse purchase price and sharing structure is fair and reasonable for the assets being sold. There is tremendous volatility in the oil and gas markets at the moment and obtaining a "bird in the hand" through the upfront cash payment while preserving additional upside is a favorable structure for the estate that has been carefully negotiated.  Obtaining certainty for the estate by getting a significant amount of cash up front, while also participating in a sharing of the upside when Ritchie resells the Equipment in one or more public auctions (the target auction for the bulk of the Equipment is in Columbus, OH on August 18, 2016), is believed to strike the right balance between certainty and upside.  Ritchie is the largest heavy equipment auction company in the world, and with this solid reputation, provides a good partner for Sheehan to obtain the best return for the estate.  In addition, notice of this motion and the proposed Bid Procedures will fully and adequately disclose the terms of the APA with Richie, and will ensure that any parties interested in offering a higher price and bidding on the asset will have sufficient opportunity to do so. Lastly, Sheehan and Ritchie negotiated the Agreement at arm's length and Ritchie is ready, willing, and able to consummate the deal, and is proceeding is good faith, in the event there are no higher and better qualified bids under the proposed Bid Procedures.

---

sale to Ritchie or a Successful Bidder under the proposed Bid Procedures would generate more value for creditors than an auction sale in the future. The Equipment is used primarily in the oil and gas sector and commodity prices continue to hover around historic lows, significantly affecting demand for pipeline infrastructure of the kind constructed by Sheehan with the Equipment.

13.     In addition, the sale to Ritchie or a Successful Bidder under the proposed Bid Procedures will be free and clear of any and all liens, claims, encumbrances, and other interests, with such liens, claims, encumbrances, and other interests, if any, to attach to the proceeds with the same validity, priority, and extent as they attached to the Equipment prior to the sale. *See generally In re Lady H Coal Co., Inc.*, 199 B.R. 595, 605 (S.D. W. Va. 1996). A debtor-in-possession may sell the assets of the estate free and clear of liens, claims, encumbrances, and other interests if, among other things, applicable non-bankruptcy law allows such a sale, the interest holder consents, there is a bona fide dispute, or if the interest holder could be compelled to accept a money satisfaction for its interest. *See* 11 U.S.C. § 363(f).

14.     The Equipment being sold to Ritchie may serve as collateral for debts owing to Caterpillar Financial Services Corporation and Zurich American Insurance Company. Sheehan believes that these secured parties will consent to the proposed sale or, alternatively, could be compelled to accept a money satisfaction for their interests. Other parties may also assert claims or interests in the Equipment as well. In the event that any of the parties do not consent, the Court may nonetheless approve the sale because their asserted interest will either be in a bona fide dispute or such secured creditor could be compelled under state law to accept a money satisfaction of their interest in the Equipment.

*Relief from Ten Day Stay of Execution under Bankruptcy Rule 6004*

15.     Federal Rule of Bankruptcy Procedure 6004 provides in relevant part that "[a]n order authorizing the use, sale, or lease of property...is stayed until the expiration of 10 days after entry of the order, unless the court orders otherwise." Fed. R. Bankr. P. 6004(g). The Asset Purchase Agreement requires a final, non-appealable order prior to June 20, 2016, and that time is of the essence to consummate the sale.  As noted, the target auction for the bulk of the

Equipment is scheduled for August 18, 2016 in Columbus, OH and with the lead time for refurbishment, transportation and marketing, Ritchie needs sixty (60) days to properly prepare in order to achieve the best auction results.    It is respectfully submitted that these facts warrant relief from the ten day stay of execution and that such relief will maximize the benefit to Sheehan's bankruptcy estate.

### Notice

16.     No trustee, examiner, or creditors committee has been appointed in this Chapter 11 case. Debtors have served the notice of this application on (1) the US Trustee for the Northern District of Oklahoma, (2) those creditors listed on Debtor's list of the 20 largest unsecured creditors, (3) counsel for Caterpillar Financial Services Corporation, and (4) counsel for Zurich American Insurance Company.

WHEREFORE, Sheehan moves the Court for the entry of an order:

1.     Authorizing the sale of the Equipment to Ritchie pursuant to the terms and conditions contained in the Asset Purchase Agreement, which is attached hereto as Exhibit "A," subject to higher and better offers, free and clear of any and all liens, claims, encumbrances, and other interests, with any such liens, claims, encumbrances, and other interests to attach to the proceeds, and approving and authorizing the Debtor's performance and consummation of the Asset Purchase Agreement with Ritchie or the Successful Bidder for the Equipment under the proposed Bid Procedures;

2.     Finding that Ritchie or the Successful Bidder for the Equipment under the proposed Bid Procedures has acted in good faith within the meaning of 11 U.S.C. § 363(m) and, as such, is entitled to the protection afforded by the same;

3.     Finding that the Asset Purchase Agreement was negotiated in good faith;

4.    Such other relief as the Court may deem just and proper; and

5.    Authorize relief from the ten day stay of execution imposed by Federal Rule of

Bankruptcy Procedure 6004(g).

Dated: April 19, 2016                          Respectfully submitted,

                                               */s/ Chad J. Kutmas*
                                               Gary M. McDonald, OBA No. 5960
                                               Chad J. Kutmas, OBA No. 19505
                                               Mary E. Kindelt, OBA No. 21728
                                               MCDONALD, MCCANN, METCALF &
                                               CARWILE, LLP
                                               First Place Tower
                                               15 E. Fifth Street, Suite 1400
                                               Tulsa, OK 74103
                                               (918) 430-3700
                                               (918) 430-3770 (Fax)

                                               *Proposed Attorneys for the Debtor and
                                               Debtor-in-Possession*

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (the "Agreement") dated as of April 13, 2016, is entered into by and between Sheehan Pipe Line Construction Company ("Seller") and Ritchie Bros. Auctioneers (America), Inc., ("Buyer").

### RECITALS:

Seller is engaged in the business of pipeline construction throughout the United States and owns substantial equipment which it proposes to sell hereunder (the "Business").

Seller will commence a case under Chapter 11 of the Bankruptcy Code, Title 11 of the United States Code, in the United States Bankruptcy Court for the Northern District of Oklahoma. Subject to approval of the Bankruptcy Court and on the terms and subject to the conditions set forth herein and pursuant to a Bidding Procedures Order and Sale Order (as hereinafter defined), the parties enter into this Agreement pursuant to which, among other things, Seller shall sell to Buyer and Buyer will purchase from Seller, all of Seller's right, title, and interest in and to the Equipment (as hereinafter defined).

The transactions contemplated by this Agreement are subject to the approval of the Bankruptcy Court and will be consummated pursuant to a Bidding Procedures Order, Sale, and Sale Order to be entered by the Bankruptcy Court, consistent with applicable provisions of the Bankruptcy Code.

In consideration of the mutual covenants, agreements and warranties herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, intending to be legally bound hereby, the parties agree as follows:

1.    **Definitions**. Unless otherwise defined herein, terms used herein shall have the meanings set forth below:

"<u>Agreement</u>" means this Asset Purchase Agreement, including all of the Exhibits and the Schedules hereto, as the same may be amended from time to time in accordance with its terms.

"<u>Auction</u>" means the auction of the Equipment pursuant to the Bidding Procedures Order approved by the Bankruptcy Court.

"<u>Auction Deadline</u>" shall mean no later than June 20, 2016.

"<u>Bankruptcy Case</u>" shall mean a voluntary case initiated by Seller, pursuant to Chapter 11 of the Bankruptcy Code, Title 11, of the United States Code.

"<u>Bankruptcy Code</u>" means Title 11 of the United States Code.

"<u>Bankruptcy Court</u>" means the United States Bankruptcy Court for the Northern District of Oklahoma.

1



"<u>Bankruptcy Rules</u>" means the Federal Rules of Bankruptcy Procedure.

"<u>Bid</u>" shall have the meaning set forth in the Bidding Procedures Order.

"<u>Bid Deadline</u>" shall have the meaning set forth in the Bidding Procedures Order.

"<u>Bid Procedures</u>" means the bidding procedures approved by the Bankruptcy Court pursuant to the Bidding Procedures Order.

"<u>Bidding Procedures Order</u>" means the order of the Bankruptcy Court, in form and substance in all respects acceptable to Buyer and Seller, which, among other things, provides for procedures of sale, qualification of competing bidders, and solicitation of a sale with opportunities for other parties to bid on the Equipment as a whole. The Bidding Procedures Order grants a Breakup Fee and/or Reimbursable Expenses in favor of the Buyer who will make the market for the Equipment as a "stalking horse" bidder and will establish a date for the Auction no later than the Auction Deadline, a date for the deadline for competing bidders (a) to become a Qualified Bidder and (b) to submit bids for the Equipment no later than the Bid Deadline, and a date for a hearing to consider entry of the Sale Order no later than the Sale Order Deadline.

"<u>Bidding Procedures Order Deadline</u>" means May 20, 2016.

"<u>Breakup Fee</u>" has the meaning set forth in Section 6(c) hereof.

"<u>Business</u>" has the meaning set forth in the recitals hereto.

"<u>Business Day</u>" means a day that is not Saturday, a Sunday, a national holiday or bank holiday in Oklahoma, Nebraska or Washington.

"<u>Buyer</u>" has the meaning set forth in the preamble hereto.

"<u>Closing</u>" has the meaning set forth in Section 19 hereof.

"<u>Closing Date</u>" has the meaning set forth in Section 19(a) hereof.

"<u>Competing Transaction</u>" means any direct or indirect acquisition, purchase or option to purchase the Equipment, or any merger, consolidation, recapitalization or other business combination of any kind affecting the Equipment, whether in one transaction or a series of related transactions, of or involving all or part of any of the Equipment, other than any such transaction or series of related transactions with the Buyer.

"<u>Deposit</u>" has the meaning set forth in Section 5 hereof.

"<u>Effective Date</u>" has the meaning set forth in Section 19(a) hereof.

"<u>Equipment</u>" shall have the meaning set forth in Section 2(a) hereof.

"<u>Excluded Assets</u>" has the meaning set forth in Section 2(c) hereof.

2

"Exhibits" means the exhibits attached hereto.

"Financing Contingency" shall refer to any condition, qualification, or restriction on the absolute ability to pay the sums due hereunder by Buyer or Qualified Bidder in cash US Dollars.

"Final Order" means a non-appealable order or judgment of the Bankruptcy Court entered by the clerk of the Bankruptcy Court in the Seller's Bankruptcy Case which has not been modified, amended, reversed, vacated or stayed.

"Gross Sale Proceeds" has the meaning set forth in Section 7(a) hereof.

"Inspection Period" Buyer's inspection of the Equipment prior to entry into this Agreement during which the Buyer identified the condition of the Equipment and other status thereof.

"Lien" or "Liens" means any lien (statutory or otherwise), hypothecation, encumbrance, security interest, interest, mortgage, pledge, restriction, charge, instrument, license, preference, priority, security agreement, easement, covenant, encroachment, option, right of recovery, right of pre-emption, right of first refusal or other third party right, tax (including foreign, federal, state and local tax), order of any governmental authority, of any kind or nature (including (i) any conditional sale or other title retention agreement and any lease having substantially the same effect as any of the foregoing, (ii) any assignment or deposit arrangement in the nature of a security device, (iii) any claim based on any theory that any Buyer is a successor, transferee or continuation of Seller or the Business, and (iv) any leasehold interest, license or other right, in favor of a third party, to use any portion of the Equipment), whether secured or unsecured, choate or inchoate, filed or unfiled, scheduled or unscheduled, noticed or unnoticed, recorded or unrecorded, contingent or non-contingent, material or nonmaterial, known or unknown.

"Locations" means the Seller's facilities or third party sites where any of the Equipment is located as of the Effective Date, including, but not limited to, Illinois, Ohio, Tennessee, and Pennsylvania.

"Net Sale Proceeds" has the meaning set forth in Section 7(b) hereof.

"Qualified Bidder" shall have the meaning set forth in the Bidding Procedures Order.

"Reimbursable Expenses" means the reasonable documented out-of-pocket fees (including professional fees) and expenses not to exceed US $100,000 incured by Buyer and its affiliates in connection with its due diligence related to purchase of the Equipment prior to termination of the Agreement.

"Sale" means the sale of the Equipment or any part thereof pursuant to the Sale Order.

"Sale Order" has the meaning set forth in Section 2(d)(iii) hereof.

"Sale Order Deadline" means June 20, 2016.

"Seller" has the meanings set forth in the preamble hereto.

3

"Seller's Office" has the meaning set forth in Section 19(a) hereof.

"Successful Bidder" shall have the meaning set forth in the Bidding Procedures Order.

"Total Purchase Price" shall mean the Upfront Cash Purchase Price plus Profit Sharing Amount.

"Upfront Cash Purchase Price" shall mean the cash paid by Buyer on the Closing Date as set forth in Section 3 hereof.

    **1.2**    **Rules of Construction.**  Unless the context otherwise clearly indicates, in this Agreement:

    **(a)**    the singular includes the plural;

    **(b)**    "includes" and "including" are not limiting;

    **(c)**    "may not" is prohibitive and not permissive; and

    **(d)**    "or" is not exclusive.

**2.**    **Agreement for Sale of Assets.**

    **(a)**    **Equipment to be Sold and Purchased.**  Seller agrees to sell and Buyer agrees to purchase, for the consideration hereinafter set forth, and subject to the terms and conditions herein contained, and pursuant to the procedure set forth herein, and the Sale Order, Seller's equipment generally described in Exhibit "A", including all attachments, parts and accessories associated therewith, together with all rights and interests therein, subject only to exclusions listed hereinafter and further subject to those exclusions described in the Sale Order, which is hereinafter referred to as "Equipment."  As a limited exception, Buyer agrees that Seller, to maximize the value of its assets, may sell, prior to the Effective Date, miscellaneous parts of a type that can be restocked by the vendor of such parts, but not parts related to an undercarriage or cutting edge parts, until such time as Buyer has used such undercarriage or cutting edge parts to refurbish the Equipment it is buying.  Any such parts that are not sold by Seller and that remain as of the Effective Date will be considered Equipment and can be taken and sold by Buyer pursuant to this Agreement, using its sole discretion in determining the best means of maximizing value.  All proceeds generated by Buyer will become part of the Gross Sale Proceeds under Section 7(a).

    **(b)**    **Sale Free and Clear of Liens, Claims and Encumbrances.**  This sale provided for in this Agreement shall be conducted pursuant to 11 U.S.C. § 363 of the Bankruptcy Code and in accordance with the Bidding Procedures Order.  This Agreement and Buyer's rights thereunder shall be subject to additional bids of Qualified Bidders at the Auction.

    **(c)**    **Excluded Assets.** The Equipment does not include, and there is hereby expressly excepted and excluded therefrom and reserved to Sellers, all scrap materials, office equipment, furniture, computers, and antique items associated with Seller's Business, all rights and choses in action, arising, occurring, or existing in favor of Seller prior to the Effective Date

4

or arising out of the operation of the Equipment prior to the Effective Date, including but not limited to, any and all contract rights, claims, a cause of action, cash, receivables, revenues, recoupment rights, recovery rights, claims arising under Chapter 5 of Title 11 of the U.S. Code, accounting adjustments, mispayments, erroneous payments or other claims of any nature in favor of Seller and relating and accruing to any time period prior to the Effective Date.

        (d)     **Bankruptcy Court Process.**

           (i)     **Bankruptcy Filing.**  The Parties understand that Seller will file the Bankruptcy Case and that the sale of the Equipment contemplated by this Agreement will be a part of and subject to that Bankruptcy Case.

           (ii)     **Bankruptcy Approvals.**  This Agreement is entered into by all parties with the express understanding that this Agreement (a) is subject to approval of the Bankruptcy Court and (b) must comply with the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and of a Bidding Procedures Order reasonably acceptable to Buyer.  This Agreement is entered into between the Parties, presuming Buyer will be the highest bidder at the Auction.  In the event a Qualified Bidder is the Successful Bidder, that party will be substituted for Buyer pursuant to the Sale Order.

           (iii)     **The Sale Order.**  The sale order of the Bankruptcy Court (the "Sale Order") shall (a) be in form and substance reasonably satisfactory to Buyer and Seller and Buyer's and Seller's counsel, (b) approve the sale of the Equipment to Buyer pursuant to the terms of this Agreement and the provisions of the Bankruptcy Code and Bankruptcy Rules, and (c) approve Seller's sale to Buyer and Buyer's purchase from Seller, of the Equipment pursuant to Section 363(f) of the Bankruptcy Code.  The Sale Order shall provide, *inter alia*, that the transfer of the Equipment by Seller to Buyer shall (a) be free and clear of all Liens; (b) constitute a legal, valid and effective transfer of the Equipment, which shall be binding upon any subsequent Chapter 7 or Chapter 11 trustee that may be appointed in Seller's bankruptcy case or the reorganized Seller or the appropriate representative of the reorganized Seller; (c) constitute a transaction undertaken in good faith pursuant to Section 363(m) of the Bankruptcy Code on behalf of Buyer and Seller; and (d) not subject Buyer to any liability of any nature, by reason of the purchase under any state, territorial or federal law, including liability for any matter relating to the Equipment as a successor or transferee, except as provided in this Agreement.  The Sale Order shall also contain provisions directing any clerk in any location where the Equipment is located to cancel and remove from the public record any Lien, claims, interest, encumbrance, demand, suit, action and other judicial or administrative proceeding or investigation.  The proceeds of such sale will be subject to the Liens of any party, to be asserted therein before the Bankruptcy Court, in order of priority as established by governing and applicable law.

           (iv)     **Cooperation.**  Seller and Buyer shall use all reasonable efforts consistent with their obligations under the Bankruptcy Code and Bankruptcy Rules to take, or cause to be taken, all actions and to do, or cause to be done, all things necessary,

proper or advisable under the Bankruptcy Code, Bankruptcy Rules and other applicable laws and regulations to consummate and make effective the transactions contemplated by this Agreement, including making reasonable efforts to obtain approval of this Agreement by the Bankruptcy Court.

    (v)   **Consent to Jurisdiction.** The Bankruptcy Court shall have exclusive jurisdiction to resolve any dispute with respect to this Agreement. The parties to this Agreement hereby consent to the jurisdiction of the Bankruptcy Court and to the entry of the final orders or judgments by the judge presiding in the Bankruptcy Case in any dispute with respect to this Agreement.

    **3.**    **Purchase Price.** The purchase price to be paid by Buyer to Seller for the Equipment shall be the sum of US $29,500,000 less a holdback of US $1,000,000 (the "Transportation Holdback") to cover any Transportation Adjustment under Section 4 below (the "Upfront Cash Purchase Price") plus any Profit Sharing Amount calculated under Section 7 (the "Total Purchase Price").

    **4.**    **Transportation Adjustment.** Seller acknowledges that the Purchase Price is based upon the delivery of the Equipment to Buyer's auction sites as designated by the Buyer (Buyer's intention is for majority of the items to be sold within sixty (60) days of the Closing Date by way of unreserved public auction ("Buyer's Public Auction")). Buyer will undertake the transport of any such Equipment, but will be entitled to use the Transportation Holdback to pay for such transporation as actually incurred by Buyer (the aggregate deductions for such transportation are referred to herein as the "Transportation Adjustment"). Buyer agrees that it will utilize its efforts in the event such costs are to be incurred to obtain the best prices possible and available to Buyer, including allowing Seller to bid to obtain the contract to transport the Equipment. The amount of the Transportation Adjustment will not exceed the Transportation Holdback. To the extent that the Transportation Adjustment is less than the Transportation Holdback, Buyer will make a true up payment to Seller equal to the difference between the Transportation Holdback and the Transportation Adjustment. This true up payment shall be calculated and made to Seller within ten (10) business days of completion the Buyer's Public Auction.

    **5.**    **Payment of the Upfront Cash Purchase Price; Deposit.** Within two (2) Business Days after execution of this Agreement, Buyer will wire a deposit of US $1,500,000 (the "Deposit") into a trust account maintained by McDonald, McCann, Metcalf & Carwile, LLP ("Seller's Counsel"). Upon the Bidding Procedures Order in a form acceptable to Buyer becoming a Final Order, Buyer agrees that Seller may receive and utilize the deposited proceeds from the trust account of the Seller's Counsel, and that Seller's Counsel, may transfer those funds to the Seller. Seller will be authorized to use such funds in its interim operations as set forth in Section 10(b) to protect, preserve, and facilitate the Sale of the Equipment. From the date of the transfer of such funds to Seller, Seller will be obligated to repay the Deposit, together with 5% simple interest, until Buyer is repaid as follows:

    (a)    At Closing of the sale contemplated herein in which Buyer is the Successful Bidder, Buyer will pay by wire transfer the balance of the Upfront Cash Purchase

Price, less the Transporation Holdback, and shall be entitled to a credit for the Deposit (together with interest as provided herein) to reduce the amount due.

(b)     In the event that the Equipment is acquired by a party other than Buyer, in addition to the Breakup Fee provided in Section 6 hereof, Buyer shall be repaid the amount of the Deposit (plus interest as provided herein) as follows:

(i)     in the case of a Competing Transaction by a Qualified Bidder by way of Auction, directly from the Initial Overbid Amount and the Bidding Procedures Order shall so provide; or

(ii)     in the case of a Competing Transaction by any other means, by the third party purchaser as a condition of Seller's entry into such transaction and the Bidding Procedures Order shall so provide.

6.     **Bidding Procedures.** This Agreement is expressly subject to the entry of a Bidding Procedures Order to be approved by the Bankruptcy Court and contemplates that Buyer and this Agreement shall be used as a "stalking horse" bid as that term is commonly understood, subject to higher bids of Qualified Bidders at a Sale, on the date to be established in the Sale Order.  The Bidding Procedures Order shall make clear that it is enforceable against a subsequent trustee, whether in Chapter 7 or Chapter 11, and shall contain the following provisions:

(a)     **Bidding Conditions.** Any bidder participating in the Auction conducted by the Bankruptcy Court pursuant to the Bidding Procedures Order, to be considered a Qualified Bidder, must agree to and demonstrate the following:  (i)  provide an earnest money deposit of **[US $500,000]** to Seller's Counsel; (ii) agree to bid on a cash basis on all of the Equipment (no piecemeal basis) without any Financing Contingency; (iii) agree to use this form of Agreement; and (iv) shall, on or before the date established by the Court and contained in the Bidding Procedures Order, submit financial and business documents to Seller's representative reasonably required to establish the potential bidder's financial qualification to bid on the Equipment is of a sufficient amount to cover the Purchase Price ($29.5 million) plus the Initial Overbid Amount defined below.

(b)     **Overbids.** The rules applicable to overbids at an Auction if there is a Qualified Bidder shall be as follows: (i) The initial bid increase shall be $3 million in excess of the Purchase Price ($29.5 million) provided in this Agreement-- $32.5 million  (the "Initial Overbid Amount"); and (ii) Incremental bid increases after the Initial Overbid Amount shall be in the amount of US $500,000 in excess of the prior high bid (the Bankruptcy Court, in its sole discretion, may accept subsequent incremental bid increases of less than US $500,000 as in the Bankruptcy Court's opinion circumstances warrant).

(c)     **Evaluating Qualifying Bids.** In evaluating Qualifying Bids to determine the Successful Bid, Seller will consider all such Qualifying Bids against the Stalking Horse Bid and the unique profit sharing provisions agreed to by Seller and Buyer, including the possibility of having the Bankruptcy Court quantify the present value of the profit sharing component if a competing Qualified Bidder is not agreeable to the profit sharing component.



**(d)** **Breakup Fee**. Buyer shall be entitled to receive as a breakup fee, a sum equal to three percent (3%) of the Purchase Price ($29.5 million)--$885,000 ("Break-up Fee")--if the Court approves a topping bid by a Qualified Bidder at the Auction.

7.  **Agreement to Share Sale Proceeds**. Buyer is a global leader in the sale of used and unused equipment, including equipment of the type of the Equipment being purchased hereunder and conducts sales of such equipment by public auction or other similar sales events. Buyer's preeminent qualifications in this field and the possibility of additional consideration to Seller as a result of Buyer's disposition of Equipment after closing of this Agreement caused Seller to select Buyer as the "stalking horse". Buyer and Seller agree that as additional consideration the parties will share proceeds received after the completion of Buyer's disposition of the Equipment over and above the Upfront Cash Purchase Price set forth herein in Section 3 as follows:

(a)  Buyer will have full authority to establish the time, manner, advertising, terms, and all procedures related to any public auction or other sale events that it conducts in the ordinary course of its business for the sale of the Equipment. Most of the Equipment will be transported to and sold at a live auction site to onsite and online bidders, but some will be sold through Buyer's online marketplaces or at a live auction by way of a virtual sale, and in these cases, the Equipment will remain on Location, if possible, to accommodate these modes of sale (such Equipment hereinafter referred to as "In-Situ Equipment"). Ownership of the Equipment will be acquired by Buyer by paying the Upfront Cash Purchase Price. Buyer and Seller agree that in the event a sale of Equipment by auction or other sale events conducted by Buyer, that Net Sale Proceeds shall be distributed to Buyer and Seller as additional consideration to the Upfront Cash Purchase Price pursuant to the following formula:

(i)  The amount of the gross auction or other sale proceeds collected by the Buyer ("Gross Sale Proceeds"), less:

(A)  The full amount of the Upfront Cash Purchase Price paid by the Buyer to the Seller in conjunction with the purchase of the Equipment under this Agreement;

(B)  The reasonable cost of transportation and relocation expenses of (a) Equipment to be sold at Buyer's auction sites capped at US $1,000,000 as described in Section 4, and (b) In-Situ Equipment which, for whatever reason, must be moved after the Effective Date from its Location as of the Effective Date in order to maximize the sale value (which could include transportation to one of Buyer's auction sites);

(C)  An amount mutually agreed upon by the parties for the value of (i) any damage, destruction, loss, or other material alteration of the Equipment from the time of Inspection for which Buyer provides documented proof that the loss occurred subsequent to its Inspection and prior to the Effective Date, or (ii) any Equipment which is missing as of the Effective Date, which was present at Inspection and is not possible for the Buyer to acquire at the Effective Date ("Condition Adjustment"); and

8



**(D)**   The sum of US $4 million representing consideration to Buyer for the general costs, value of services, and risks associated with conducting and supervising the disposition of the Equipment.

**(b)**   After deducting from the Gross Sale Proceeds the items set forth in paragraphs (A) through (D) above, the resulting amount shall be defined as the "Net Sale Proceeds." Buyer and Seller agree that with respect to the Net Sale Proceeds, if any, the parties will share such Net Sale Proceeds as follows:

**(i)**   First US $4.5 million of Net Sale Proceeds shall be shared 20% to Buyer and 80% to Seller.

**(ii)**   The next US $1.5 million in Net Sale Proceeds shall be paid to Seller.

**(iii)**   All further Net Sale Proceeds over and above US $6 million will be shared 30% to Buyer and 70% to Seller.

**(c)**   Buyer makes no guarantees to Seller pursuant to this Agreement as to the outcome of any resale of the Equipment, or the existence of Net Sale Proceeds available for distribution hereunder.  However, Buyer represents that it will utilize its reasonable best efforts consistent with its own and industry standards with respect to the conduct of an auction or other sale event comparable to an auction of or similar sale event involving the Equipment.

**(d)**   In the event more than one auction or sale event shall be conducted by the Buyer, the proceeds of all auctions and sale events shall be aggregated into the Gross Sale Proceeds.

**(e)**   The amount to be paid to Seller under this Section 7 shall be referred to as the "Profit Sharing Amount."

8.   **Representations of Seller.**

**(a)**   **Representations.**  Seller represents to Buyer that:

**(i)**   **Organization, Standing.**  Seller is a legal entity duly formed, validly existing and in good standing under the laws of the state of its organization, has all requisite partnership or similar power and authority and all material permits necessary to own, lease, and operate its properties and assets and to carry on its business as presently conducted and is qualified to do business and is in good standing or with active status as a foreign corporation in each jurisdiction where the ownership, leasing, or operation of its assets or properties or conduct of its business requires such qualification, except where the failure to be so qualified or in good standing, has not had and would not reasonable be expected to have, individually or in the aggregate, a material adverse effect.

**(ii)**   **Validity of Agreement; Power.**  Subject to any necessary authorization from the Bankruptcy Court, Seller has full power and authority to execute

9

this Agreement and to deliver the transaction documents to which it is a party and to consummate the transactions contemplated hereby and thereby. The Seller has duly approved the transaction documents to which Seller is a party and has duly authorized the entry into performance of this Agreement and the execution and delivery of such transaction documents and the consummation of the transactions contemplated thereby. No other partnership or organizational proceedings on the part of Seller are necessary to approve and authorize the execution and delivery of the transaction documents to which Seller is a party and the consummation of the transactions contemplated thereby. Subject to any necessary authorization from the Bankruptcy Court, all transaction documents to which Seller is a party have been duly executed and delivered by Seller, except such transaction documents that are required by the terms hereof to be executed and delivered by Seller after the date hereof, in which case such transaction documents will be duly executed and delivered by Seller at or prior to the Closing, and, subject to any necessary authorization from the Bankruptcy Court, all transaction documents constitute, or will constitute, as the case may be, the valid and binding agreements of Seller, enforceable against Seller in accordance with their terms.

(iii)     **Approvals.** Neither the execution and delivery of this Agreement, nor the consummation of the transactions contemplated hereby, nor the compliance with the terms hereof, will result in any default under any agreement or instrument to which Seller is a party or by which the Equipment is bound, which are not resolved by the Bankruptcy Court's orders approving and authorizing the performance of this Agreement, or violate any order, writ, injunction, decree, statute, rule or regulation applicable to Seller or to its interest in the Equipment.

(iv)     **No Conflicts or Violations.** Subject to the entry of the Sale Order, the execution, delivery, and performance of the transaction documents and the consummation of the transactions contemplated thereby by Seller do not and shall not conflict with, result in any breach, default, or violation of, give rise to a right of modification, termination, acceleration, or loss of a material benefit under, result in the creation of any Lien or liability under, require any authorization, consent, approval, exemption, or other action by or notice or declaration to, or filing with, any governmental authority, under (i) any provision of the certificate of incorporation or bylaws or other equivalent organizational document of Seller or (ii) any determination or order of any governmental authority or law applicable to Seller or its property assets.

(v)     **Title to Assets; Assets Necessary to Business.**

a.     Seller has good and marketable title to, or a valid leasehold interest in or all rights to use, all Equipment, subject only to rights arising hereunder if incorporated in the Bankruptcy Court's Orders related to the Bidding Procedures Order and the Sale Order.

b.     Subject to Bankruptcy Court approval and the Sale Order, Seller has the power and the right to sell, assign, and transfer and, at the Closing,

10



Seller will sell and deliver to Buyer, and upon consummation of the transactions contemplated by this Agreement, Buyer will acquire good and marketable title to the Equipment, free and clear of all Liens.

(b) <u>Acquired Assets Sold "As Is, Where Is"</u>.

EXCEPT AS EXPLICITLY SET FORTH IN THIS AGREEMENT, BUYER HEREBY ACKNOWLEDGES AND AGREES THAT, SELLER MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, WITH RESPECT TO ANY MATTER RELATING TO THE EQUIPMENT INCLUDING, WITHOUT LIMITATION, INCOME TO BE DERIVED OR EXPENSES TO BE INCURRED IN CONNECTION WITH THE EQUIPMENT, THE PHYSICAL CONDITION OF ANY EQUIPMENT, THE VALUE OF THE EQUIPMENT (OR ANY PORTION THEREOF), THE TRANSFERABILITY OF THE EQUIPMENT, THE TERMS, AMOUNT, VALIDITY, OR ENFORCEABILITY OF ANY ASSUMED OBLIGATIONS, THE TITLE OF THE EQUIPMENT (OR ANY PORTION THEREOF), THE MERCHANTABILITY OR FITNESS OF THE EQUIPMENT, FOR ANY PARTICULAR PURPOSE, OR ANY OTHER MATTER OR THING RELATING TO THE EQUIPMENT. WITHOUT IN ANY WAY LIMITING THE FOREGOING, EXCEPT AS SET FORTH IN THIS AGREEMENT, SELLER HEREBY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AS TO ANY PORTION OF THE EQUIPMENT. BUYER FURTHER ACKNOWLEDGES THAT BUYER HAS CONDUCTED AN INDEPENDENT INSPECTION AND INVESTIGATION OF THE PHYSICAL CONDITION OF THE EQUIPMENT AND ALL SUCH OTHER MATTERS RELATING TO OR AFFECTING THE EQUIPMENT AS BUYER DEEMED NECESSARY OR APPROPRIATE AND THAT IN PROCEEDING WITH ITS ACQUISITION OF THE EQUIPMENT, EXCEPT FOR ANY REPRESENTATIONS AND WARRANTIES EXPRESSLY SET FORTH IN THIS AGREEMENT, BUYER IS DOING SO BASED SOLELY UPON SUCH INDEPENDENT INSPECTIONS AND INVESTIGATIONS. ACCORDINGLY, BUYER WILL ACCEPT THE EQUIPMENT AT THE CLOSING "AS IS," "WHERE IS," AND "WITH ALL FAULTS."

9.   <u>Representations of Buyer</u>. Buyer represents to Seller that:

(a) <u>Organization</u>. Buyer is a corporation validly existing and in good standing under the laws of the State of Washington and has the full power and authority to execute, deliver, and perform this Agreement and to consummate all transactions contemplated hereby.

(b) <u>Authority</u>. The execution, delivery, and performance by Buyer of this Agreement and the consummation of the transactions contemplated hereby have been duly authorized by all necessary action on the part of the Buyer and do not and will not violate any provisions of its organization documents, any applicable law, or any contract or order binding upon Buyer.

11

(c)    **Approvals.**  Other than the requirements (if any) that there be obtained consents to assignments (or waivers of preferential rights to purchase) from third parties, neither the execution and delivery of this Agreement, nor the consummation of the transactions contemplated hereby, nor the compliance with the terms hereof, will result in any default under any agreement or instrument to which Buyer is a party, or violate any order, writ, injunction, decree, statute, rule or regulation applicable to Buyer.

(d)    **Valid, Binding and Enforceable.**  This Agreement constitutes (and the transfers of Equipment provided for herein to be delivered at Closing will, when executed and delivered, constitute) the legal, valid and binding obligation of Buyer, enforceable in accordance with its terms, except as limited by bankruptcy or other laws applicable generally to creditor's rights and as limited by general equitable principles.

(e)    **Available Funds.**  Buyer has sufficient funds on hand and available by Closing to enable Buyer to (i) pay in full the Upfront Cash Purchase Price at Closing, in immediately available funds, and (ii) otherwise perform its obligations under this Agreement. This Agreement is not subject to any Financing Contingency.

(f)    **Litigation.**  There are no pending suits, actions, or other proceedings in which Buyer is a party (or, to Buyer's knowledge, which have been threatened to be instituted against Buyer) which affect the execution and delivery of this Agreement or the consummation of the transactions contemplated hereby.

10.    **Certain Covenants of Seller Pending Closing.**  Between the date of this Agreement and the Closing Date, Seller covenants and agrees as follows:

(a)    **Access by Buyer.**

(i)    **Records.**  Seller agrees that it will give Buyer, or Buyer's authorized representatives, at Seller's office maintained by Seller and at all reasonable times before the Closing Date (hereinafter defined), access to Seller's records pertaining to the ownership and/or operation of the Equipment. Buyer may make copies of such records, at its expense, but shall, if Seller so requests, return all copies so made if the Closing does not occur; all costs of copying such items shall be borne by Buyer. Seller shall not be obligated to provide Buyer with access to any records or data which Seller cannot provide to Buyer without breaching or violating agreements with other parties.

(ii)    **Physical Inspection.**  Seller agrees that it shall make a good faith effort to give Buyer or Buyer's authorized representatives, at all reasonable times before the Closing Date and upon adequate notice to Seller, physical access to the Equipment for the purpose of inspecting same. Buyer agrees to comply fully with the rules, regulations and instructions issued by Seller regarding the actions of Buyer while inspecting the Equipment.

(b)    **Interim Operations and Equipment.**  Seller agrees that, with respect to the Equipment, it will use the Deposit provided by Buyer to continue to maintain the Equipment

12

in the ordinary course of its Business and to take other actions to protect, preserve, and facilitate the Sale to Buyer.  Seller further agrees that it will not sell or otherwise dispose of any portion of its interest in or rights to the Equipment without the approval of the Bankruptcy Court, except as provided herein.  Buyer agrees that Seller may continue to utilize certain items of Equipment to complete its contractual obligations in connection with its contracts until the Closing Date, subject to any Condition Adjustment under Section 7.

      (c)    **Consents.**  Seller shall, at its sole cost and expense, use commercially reasonable efforts (i) to obtain all necessary consents and approvals, if any, as reasonably requested by Buyer, to consummate the purchase and sale of the Equipment, together with any other necessary consents and approvals to consummate the transactions contemplated hereby, including obtaining entry of the Bidding Procedures Order and Sale Order, and (ii) to make, as reasonably requested by Buyer, all filings, applications, statements, and reports to all authorities that are required to be made prior to the Closing Date by or on behalf of Seller pursuant to any applicable law in connection with this Agreement and the transactions contemplated hereby.  Buyer shall give any other notices to, make any other filings, with, and use reasonable best efforts to cooperate with Seller to obtain, any other authorizations, consents, and approvals in connection with the matters contemplated by this Section.

    11.    **Conditions Precedent to the Obligations of Buyer.**  The obligations of Buyer under this Agreement are subject to each of the following conditions being met:

      (a)    **Representations True and Correct.**  Each and every representation of Seller under this Agreement shall be true and accurate in all material respects as of the date when made and shall be deemed to have been made again at and as of the time of Closing and shall at and as of such time of Closing be true and accurate in all material respects except as to changes specifically contemplated by this Agreement or consented to by Buyer.

      (b)    **Compliance with Covenants and Agreements.**  Seller shall have performed and complied in all material respects with (or compliance therewith shall have been waived by Buyer) each and every covenant and agreement required by this Agreement to be performed or complied with by Seller prior to or at the Closing.

      (c)    **Sale Free and Clear of Liens.**  After giving effect to the Sale Order, the Equipment will, on the date of Closing, be sold and conveyed free and clear of all Liens.

    (d)    **Bankruptcy Conditions.**

      (i)  The Bidding Procedures Order shall have been entered on the docket of the Bankruptcy Court as soon as practicable and no later than the Bidding Procedures Order Deadline.  The Sale Order shall have been entered on the docket of the Bankruptcy Court as soon as practicable and no later than the Sale Order Deadline and shall have become a Final Order.

      (ii)  The Bidding Procedures Order shall grant the Breakup Fee, Deposit repayment procedures, and Expenses Reimbursement in favor of the Buyer and

shall establish a date for the Auction no later than the Auction Deadline, a date for the deadline for competing bidders to submit bids for the Equipment no later than the Bid Deadline, and a date for a hearing to consider entry of the Sale Order no later than the Sale Order Deadline.

(iii)  The Sale Order shall approve and authorize the transactions contemplated by this Agreement.

(iv)  Nothing in this Agreement shall preclude Buyer or Seller from consummating the transactions contemplated herein if Buyer, in its sole discretion, waives the requirement that the Sale Order or any other order shall have become Final Orders.  No notice of such waiver of this or any other condition to Closing need be given except to Seller and the United States Trustee, it being the intention of the parties hereto that Buyer shall be entitled to, and is not waiving, the protection of Section 363(m) of the Bankruptcy Code, the mootness doctrine and any similar statue or body of law if the Closing occurs in the absence of Final Orders.

12.    **Conditions Precedent to the Obligations of Seller.**  The obligations of Seller under this Agreement are subject to each of the following conditions being met:

(a)    **Representations True and Correct.**  Each and every representation of Buyer under this Agreement shall be true and accurate in all material respects as of the date when made and shall be deemed to have been made again at and as of the time of Closing and shall at and as of such time of Closing be true and accurate in all material respects except as to changes specifically contemplated by this Agreement or consented to by Seller.

(b)    **Compliance with Covenants and Agreements.**  Buyer shall have performed and complied in all material respects with (or compliance therewith shall have been waived by Seller) each and every covenant and agreement required by this Agreement to be performed or complied with by Buyer prior to or at the Closing.

(c)    **Payment of Upfront Cash Purchase Price.**  Buyer shall tender the Upfront Cash Purchase Price in cash or cash equivalent funds at Closing.

(d)    **Effect of Sale Order.**  The Bankruptcy Court shall approve the sale by entry of the Sale Order that (i) is a Final Order, or (ii) is an order in compliance with Section 363(m) of the Bankruptcy Code which allows closing without a non-appealable final order, and is an order which, pursuant to Rules 6004(g) and 6006(d) of the Bankruptcy Rules, provides that (A) such order shall not be stayed for ten (10) days after the entry thereof, but shall be effective and enforceable immediately upon entry, and (B) the provisions of such order are non-severable and mutually dependent.

13.    **Notification of Certain Matters.**

14

(a)     Seller shall give prompt written notice to Buyer of (i) the occurrence or nonoccurrence of any event that would be likely to cause either (A) any representation or warranty of Seller contained in this Agreement, or in connection with the transactions contemplated hereunder, to be untrue or inaccurate in any material respect at any time from the date hereof to the Closing or (B) directly or indirectly, any material adverse effect on Seller, or (ii) any material failure of Seller to comply with or satisfy any covenant, condition, or agreement to be complied with or satisfied by it hereunder. notwithstanding the foregoing, the delivery of any notice pursuant to this Section shall not be deemed to cure any breach of any representation, warranty, covenant, or agreement or to satisfy any condition, or limit or otherwise affect the remedies available hereunder to the party receiving such notice.

(b)     To the extent not already included, Seller shall add Buyer and Buyer's counsel to Seller's so-called "Rule 2002 notice list" and otherwise provide notice to Buyer of all matters that are required to be served on Seller's creditors pursuant to the Bankruptcy Code and Rules.

## 14.     Bankruptcy Actions.

(a)     Seller shall:  (i) file a motion to approve Bid Procedures within five (5) days of commencement of the Bankruptcy Case; (ii) ensure that bids are due no later than the Bid Deadline; (iii) ensure that the Auction  shall be held no later than the Auction Deadline; (iv) obtain entry of the Sale Order by no later than the Sale Order Deadline; and (v) consummate the Closing in accordance with this Agreement.

(b)     Seller will provide Buyer with a reasonable opportunity to review and comment upon all motions, applications, petitions, schedules, and supporting papers relating to the transactions contemplated by this Agreement prepared by Seller (including forms of orders and notices to interested parties) prior to the filing thereof in the Bankruptcy Case.  All motions, applications, and supporting papers prepared by Seller and relating (directly or indirectly) to the transactions contemplated by this Agreement to be filed on behalf of Seller after the date hereof must be reasonably satisfactory in form and substance consistent with this Agreement.

(c)     Seller will promptly take such actions as are reasonably requested by Buyer to assist in obtaining entry of the Sale Order and the Bidding Procedures Order, including furnishing affidavits or other documents or information for filing with the Bankruptcy Court for purposes, among others, of providing necessary assurances of performance by Seller of its obligations under this Agreement and the transaction documents and demonstrating that Buyer is a good faith buyer under Section 363(m) of the Bankruptcy Code.

(d)     Seller shall execute such documents and use its reasonable best efforts to take or cause to be taken all actions and do or cause to be done all things necessary, proper, or advisable to consummate the transactions contemplated by this Agreement (including to put Buyer in actual possession and operating control of the Equipment, to effectuate, record, or perfect the transfer of the Equipment to Buyer, to confirm the title of the Equipment in Buyer, to assist Buyer in exercising rights relating thereto, to obtain all consents, approvals, and

15



authorizations of third parties, and to make all filings with and give all notices to third parties which may be necessary or required in order to effectuate the transactions contemplated hereby.

15.  **Exclusivity.** Until entry of the Bidding Procedures Order and then only as consistent with the Bidding Procedures Order, Seller will not directly or indirectly solicit bids from other prospective buyers for the sale of all or substantially all of the Equipment.

16.  **Other Bankruptcy Matters.**

(a)  Seller and Buyer acknowledge that this Agreement and the sale of the Equipment are subject to Bankruptcy Court approval. Seller and Buyer acknowledge that (i) to obtain such approval, Seller must demonstrate that it has taken reasonable steps to obtain the highest and otherwise best offer possible for the Equipment, and that such demonstration shall include giving notice of the transactions contemplated by this Agreement to creditors and interested parties as ordered by the Bankruptcy Court.

(b)  From and after entry of the Bidding Procedures Order, Seller shall not take any action which is intended to (or is reasonably likely to), or fail to take any action the intent (or the reasonably likely result) of which failure to act is to, result in the reversal, voiding, modification, or staying of the Bidding Procedures Order.

(c)  The Parties expressly acknowledge that this Agreement and its performance, including the sale of the Equipment, is subject to other bids of other Qualified Bidders pursuant to the Bidding Procedures Order.

17.  **Termination.** This Agreement may be terminated and the transactions contemplated herein abandoned prior to the Closing as follows:

(a)  by mutual written agreement of Buyer and Seller;

(b)  by Buyer or Seller if there shall be in effect a Final Order restraining, enjoining, or otherwise prohibiting the consummation of the transactions contemplated hereby;

(c)  by Buyer or Seller (provided that the terminating party is not then in material breach of any representation, warranty, covenant, or other agreement contained herein), if there shall have been a material breach or misrepresentation of any of the representations or warranties or a material breach of any of the covenants set forth in this Agreement on the part of the other party, which breach is not cured within five (5) Business Days following written notice to the party committing such breach or which breach, by its nature, cannot be cured prior to the Auction.

(d)  by Buyer (provided that Buyer is not then in material breach of any representation, warranty, covenant, or other agreement contained herein) if it shall have reasonably determined that one (1) or more conditions set forth in Section 11 has not been or cannot be fulfilled or satisfied prior to the date specified in such condition (if such condition specifies a date other than the Closing Date by which such condition must be satisfied); unless

such reason for non-fulfillment or non-satisfaction shall be due solely to the failure of Buyer to perform or comply with any covenants or agreements herein to be performed or complied by its prior to the Closing;

        (e)      by Buyer if the Bankruptcy Court has not entered the Bidding Procedures Order by no later than the Bidding Procedures Order Deadline (or such later date as Buyer may determine in its sole discretion); ;

        (f)      by Buyer if the Bidding Procedures Order does not require that bids be due no later than the Bid Deadline and does not include the Bidding Procedures set forth in Section 6 of this Agreement;

        (g)      by Buyer if (i) the Auction has not occurred by no later than the Auction Deadline Date; or (ii) Buyer is not the Successful Bidder at the Auction;

        (h)      by Buyer if (i) the Bankruptcy Court has not entered the Sale Order by no later than the Sale Order Deadline, or (ii) the Sale Order ceases to be in full force and effect, or is revoked, rescinded, vacated, materially modified, reversed or stayed, or otherwise rendered ineffective by a court of competent jurisdiction;

        (i)      by Buyer if the Closing shall not have occurred by June 30, 2016 (or by such later date as shall be mutually agreed to by Buyer and Seller in writing), unless the Closing has not occurred due to a material failure of Buyer to perform or observe its obligations as set forth in this Agreement required to be performed or observed by it on or before the Closing Date;

        (j)      by Seller on any day on or after June 30, 2016, if the Closing shall not have occurred by such date (or by such later date as shall be mutually agreed to by Buyer and Seller in writing), unless the Closing has not occurred due to a material failure of Seller to perform or observe its obligations as set forth in this Agreement required to be performed or observed by it on or before the Closing Date;

        (k)      by Seller (provided that Seller is not then in material breach of any representation, warranty, covenant, or other agreement contained herein) if it shall have reasonably determined that one (1) or more conditions set forth in Section 12 (other than has not been or cannot be fulfilled or satisfied prior to the date specified in such condition (if such condition specifies a date other than the Closing Date by which such condition must be satisfied), unless such reason for non-fulfillment or non-satisfaction shall be due solely to the failure of Seller to perform or comply with any of the covenants or agreements herein to be performed or complied by it prior to the Closing;

        (l)      by Buyer or Seller upon the Bankruptcy Court's entry of an order approving a Competing Transaction;

      **18.**      **<u>Effect of Termination; Deposit, Breakup Fee and Reimbursable Expenses to Buyer</u>.**



(a)      In the event that the Bidding Procedures Order approving this Agreement is entered by the Bankruptcy Court and becomes effective, and thereafter this Agreement is terminated, the Deposit and Breakup Fee and/or Reimbursable Expenses shall be (i) paid to Buyer as provided in Section 5(b), in the case where the Agreement terminates due to the Equipment being acquired by a buyer other than the Buyer under this Agreement, or (ii) if termination occurs for any other reason under Section 17, Buyer shall be paid the Deposit (plus interest as provided herein) and Reimburseable Expenses within five (5) Business Days of such termination, unless the termination is under Section 17(c) or (k) based on the fault of the Buyer, in which case, Buyer shall only be repaid the Deposit (plus interest as provided herein) within five (5) Business Days.

(b)      Seller's obligation to pay the Deposit, Breakup Fee and the Reimbursable Expenses pursuant to this Section 18 shall survive termination of this Agreement and shall constitute, with respect to the Breakup Fee and Reimbursable Expenses, an administrative expense of Seller under Section 503(b) of the Bankruptcy Code and, with respect to the Deposit (plus interest as provided herein), a surcharge against the Equipment under 11 USC Section 506(c) as well as administrative expense under Section 503(b).

19.   **Closing.**

(a)      **Actions at Closing.**  Closing of the transaction contemplated hereby shall take place in the offices of Seller's Counsel ("Seller's Office"), on or before June 21, 2016 at 10:00 a.m. Central Time, or at such other date and time as the Buyer and Seller may mutually agree upon (such date and time, as changed pursuant hereto, being herein called the "Closing Date").  The Closing shall be deemed to have occurred at 12:01 am., Central Time, on the Closing Date (the "Effective Date").

(b)      **Seller.**  At the Closing, Seller shall execute and deliver to Buyer the following:

(i)      **Conveyance Documents.**  (A) A conveyance of the Equipment by instruments, documents, or certificates, in a form reasonably satisfactory to Seller and Buyer that is consistent with bankruptcy sales of the type described herein and (B) such other bills of sale, certificates of title, assignments, and other instruments of transfer as are necessary to convey the Equipment ("Conveyance Document:);  effective, in each case, as of the Closing Date, provided, however, that if any certificates of title are not in the possession of the Seller, the Sale Order shall provide for transfer of ownership until replacement is obtained by the Seller at which time Seller shall promptly execute and deliver to Buyer, and Seller shall use its reasonable best efforts to obtain, the replacement certificate of titles as soon as reasonably practicable after Closing.

(ii)      **Closing Statement.**  A Closing Statement shall be prepared, which shall provide a summary of the purchase transaction, summarizing amounts due and providing instructions for wiring of funds.

(iii) **Miscellaneous Documents.** Such other documents and instruments of transfer as may be reasonably requested by Buyer to consummate the transactions contemplated herein.

(iv) **Further Assurances.** From time to time prior to and after the Closing, and without further consideration, Seller, upon the request of Buyer, shall execute and deliver such documents and instruments of conveyance and transfer as Buyer may reasonably request in order to consummate more effectively the purchase and sale of the Equipment as contemplated hereby, to vest in Buyer title to the Equipment transferred hereunder and to permit Buyer to perfect, record, or protect its interests in the Equipment, or to otherwise more fully consummate the transactions contemplated by this Agreement. Seller shall provide notice of the transactions contemplated by this Agreement and the Chapter 11 Case to all parties entitled to such notice.

(c) **Buyer.** At the Closing, Buyer shall do the following:

(i) **Payment to Seller.** Buyer shall wire transfer the remaining cash portion of the Upfront Cash Purchase Price (less the Deposit and interest accrued thereon and the Transportation Holdback) to Seller as set forth in a letter of instruction provided by Seller prior to Closing.

(ii) **Closing Statement.** A Closing Statement shall be prepared, which shall provide a summary of the purchase transaction, summarizing amounts due and providing instructions for wiring of funds.

(iii) **Miscellaneous Documents.** Such other documents and instruments of transfer as may be reasonably requested by Seller to consummate the transactions contemplated herein.

Notwithstanding the foregoing, Seller and Buyer may choose to proceed to a Closing at such other time as they may mutually agree and notwithstanding that the Sale Order has not become a Final Order and/or that a stay may or may not have been granted in the Bankruptcy Case.

20. **Risk of Loss.** The Equipment shall be and remain at the risk of the Seller up to and including the Effective Date. The Seller will maintain in force all the policies of property damage insurance under which any of the Equipment is insured until such the Closing Date. If, before risk of loss becomes the responsibility of the Buyer in accordance with this Section, any of the Equipment is lost, damaged or destroyed (other than loss, damage or destruction arising as a result of the negligence or fault of the Buyer, its agents or employees) and cannot be picked up by the Buyer or its transportation agent, then the Buyer at its sole discretion may either:

(a) be entitled to a Condition Adjustment under Section 7(i)(C); or

(b) be entitled to the benefits of insurance proceeds payable as a result of the occurrence which proceeds of insurance are to be directed by the Seller to be paid to the Buyer, and to the extent insurance proceeds are paid to the Buyer, the Buyer will not be

19



entitled to the Condition Adjustment but will include the insurance proceeds in the Gross Sale Proceeds under Section 7.

**21.     Post-Closing Covenants of Seller.**

(a)     _Access to Locations._  Seller will give, or use reasonable best efforts to cause to be given, to the Buyer authorization to store any of the In-Situ Equipment on Location during the period commencing as of the Closing Date up to and including the date of its resale by the Buyer (the "Pre-Sale Period"), and thereafter, subsequent to its resale, for a reasonable period to permit removal by the purchaser thereof (the "Post-Sale Period").  During the Pre-Sale Period, Seller will ensure that: (A) Buyer and its subcontractors are provided access to the Locations during normal business hours to: (i) in the event Seller is not engaged to transport any of the Equipment, facilitate the pickup and transport of the Equipment to Buyer's auction sites as required by Buyer; and (ii) prepare In-Situ Equipment for resale; and (B) prospective purchasers are provided access to inspect In-Situ Equipment advertised for resale.  During the Post-Sale Period, Seller will ensure that Buyer and purchasers of In-Situ Equipment are provided access to the Locations during normal business hours to facilitate removal of their purchases.  Buyer agrees to obtain from prospective purchasers inspecting In-Situ Equipment and the purchasers thereof, prior to such persons being granted access the Locations for purposes described in this Section 21(a), a release and waiver of any liability arising out of access to the Locations in favor of Seller and Buyer in a form reasonably acceptable to Seller.  From and after the Closing Date, the Buyer agrees to indemnify and save the Seller harmless from and against all damages arising in connection with the storage of the In-Situ Equipment on Location as contemplated in this Agreement caused by the illegal acts, wilful misconduct or gross negligence of the Buyer, its agents or subcontractors.

**22.     Buyer's Assumption and Indemnification.**  Buyer shall, on the date of Closing, agree (a) to assume, and to timely pay and perform, all duties, obligations and liabilities relating to the ownership and/or operation of the Equipment accruing or arising on and after the the Effective Date and (b) to indemnify, defend and hold Seller (and its affiliated parties, and its directors, officers, employees, members, attorneys, contractors and agents of Seller or any such other affiliated party) harmless from and against any and all claims, actions, causes of action, liabilities, damages, losses, costs or expenses (including, without limitation, court costs and attorneys' fees) of any kind or character arising out of or otherwise relating to the ownership and/or operation of the Equipment on and after the Effective Date.  **NOTHING CONTAINED HEREIN SHALL CONSTITUTE AN ASSUMPTION BY BUYER OF ANY OBLIGATION OF SELLER WHICH EXISTED PRIOR TO THE EFFECTIVE DATE, AND BUYER EXPRESSLY EXCLUDES ANY ASSUMPTION OF LIABILITY FOR ANY FINES, PENALTIES, CIVIL OR CRIMINAL, ASSESSED AGAINST OR BASED UPON CONDUCT, ACTION, OR INACTION OF SELLER.  THE FOREGOING ASSUMPTIONS AND INDEMNIFICATIONS SHALL APPLY WHETHER OR NOT SUCH DUTIES, OBLIGATIONS OR LIABILITIES, OR SUCH CLAIMS, ACTIONS, CAUSES OF ACTION, LIABILITIES, DAMAGES, LOSSES, COSTS OR EXPENSES ARISE OUT OF (i) NEGLIGENCE (INCLUDING SOLE NEGLIGENCE, SINGLE NEGLIGENCE, CONCURRENT NEGLIGENCE, ACTIVE OR PASSIVE**

NEGLIGENCE, BUT EXPRESSLY NOT INCLUDING GROSS NEGLIGENCE) OF ANY INDEMNIFIED PARTY, OR (ii) STRICT LIABILITY.

23. **No Commissions Owed.** Buyer agrees to indemnify and hold Seller (and its affiliated parties and its officers, directors, members, employees, attorneys, contractors and agents of Seller or any such other affiliated party) harmless from and against any and all claims , actions, causes of action, liabilities, damages, losses, costs or expenses (including, without limitation, court costs and attorneys' fees) of any kind or character arising out of or resulting from any agreement, arrangement or understanding alleged to have been made by, or on behalf of, Buyer with any broker or finder in connection with this Agreement or the transaction contemplated hereby.  Seller agrees to indemnify and hold Buyer (and its affiliated parties and its officers, directors, members, employees, attorneys, contractors and agents of Buyer or any such other affiliated party) harmless form and against any and all claims, actions, causes of action, liabilities, damages, losses, costs or expenses (including without limitation, court costs and attorneys' fees) of any kind or character arising out of or resulting from any agreement, arrangement or understanding alleged to have been made by, or on behalf of, Seller with any broker or finder in connection with this Agreement or the transaction contemplated hereby.

24. **Notices.** All notices and other communications required under this Agreement shall (unless otherwise specifically provided herein) be in writing and be delivered personally, by recognized commercial courier or delivery service which provides a receipt, by telecopier (with receipt acknowledged), or by registered or certified mail (postage prepaid), at the following addresses:

If to Buyer:    Ritchie Bros. Auctioneers (America), Inc.
                Attention:  Robert "Bobby" Love
                Regional Sales Manager, Major Accounts
                6050 Azle Ave.
                Fort Worth, TX  76135

                817-238-5825
                rlove@ritchiebros.com

With copy to:   Darren Watt
                General Counsel & Corporate Secretary
                Ritchie Bros. Auctioneers (America), Inc.
                4000 Pine Lake Road
                Lincoln, NE, USA 68516
                dwatt@rbauction.com

                Michael R. Mills
                Dorsey & Whitney LLP
                1031 West Fourth Avenue, Suite 600
                Anchorage, AK  99501-5907
                mills.mike@dorsey.com

21

If to Seller:                          Sheehan Pipe Line Construction Company
                                       Attention: Leonard Pataki, Esq.
                                       2431 E. 61st Street, Suite 700
                                       Tulsa, OK 74136
                                       lpataki@sheehanpipeline.com

With copy to:                          Gary M. McDonald
                                       McDonald, McCann, Metcalf & Carwile, LLP
                                       15 East Fifth Street, Suite 1400
                                       Tulsa, OK 74103
                                       gmcdonald@mmmsk.com

and shall be considered delivered on the date of receipt. Either Buyer or Seller may specify as its proper address any other post office address within the continental limits of the United States by giving notice to the other party, in the manner provided in this Section, at least ten (10) days prior to the effective date of such change of address.

   25.   **Survival of Provisions, Certain Limitations.**  All representations and warranties made herein by Buyer or by Seller shall be true and correct on and as of the date of Closing with the same force and effect as if made at that time.  All of such representations and warranties made by Seller and Buyer shall not survive the Closing and the delivery of the Conveyance Documents.  For the avoidance of doubt, the obligations of the parties under Sections 4 and 7 of this agreement shall  survive the Closing and the delivery of the Conveyance Documents.

   26.   **Miscellaneous Matters.**

      (a)   **Further Assurances.**  Seller agrees that, after the Closing, it shall execute and deliver, and shall otherwise cause to be executed and delivered, from time to time, such further instruments, notices, and other documents and do such other and further acts and things, as may be reasonably necessary to more fully and effectively grant, convey and assign the Equipment to Buyer.

      (b)   **Parties Bear Own Expenses/No Special Damages.**  Each party shall bear and pay all expenses (including, without limitation, legal fees) incurred by it in connection with the transaction contemplated by this Agreement.  Notwithstanding anything herein to the contrary, neither party shall have any obligations with respect to this Agreement, or otherwise in connection herewith, for any special, consequential or punitive damages.

      (c)   **Taxes.**  Applicable sales, transfer or similar tax will be paid by Buyer in connection with this transaction.  Buyer shall be responsible for remitting such taxes to the appropriate taxing authorities.  Personal property taxes for the Equipment, if any, shall be prorated between Seller and Buyer as of the Effective Date.  If the actual taxes are not known on the Closing Date, Seller's share of such taxes shall be determined using the rates for the year prior to the year in which the Closing occurs, with appropriate adjustments for any known and verifiable changes thereto.



**(d)**     **Entire Agreement.**  This Agreement (inclusive of the attached exhibits and schedules) contains the entire understanding of the parties hereto with respect to the subject matter hereof and supersedes all prior agreements, understandings, negotiations, and discussions among the parties with respect to such subject matter.

**(e)**     **Amendments, Waivers.**  This Agreement may be amended, modified, supplemented, restated or discharged (and provisions hereof may be waived) only by an instrument in writing signed by the party against whom enforcement of the amendment, modification, supplement, restatement or discharge (or waiver) is sought.

**(f)**     **Choice of Law.**  Without regard to principles of conflicts of law, this Agreement shall be construed and enforced in accordance with and governed by the laws of the State of Oklahoma applicable to contracts made and to be performed entirely within such state and the laws of the United States of America.

**(g)**     **Headings, Time of Essence, Etc.**  The descriptive headings contained in this Agreement are for convenience only and shall not control or affect the meaning or construction of any provision of this Agreement.  Within this Agreement words of any gender shall be held and construed to cover the other gender, and words in the singular shall be held and construed to cover the plural, unless the context otherwise requires.  Time is of the essence in this Agreement.  All claims for indemnity must be brought within the notice period specified or be waived.

**(h)**     **Restriction on Assignment.**  Seller and Buyer may assign their rights and obligations under this Agreement only with the written consent of the other party to this Agreement and such consent shall not be unreasonably withheld.  No preferential purchase rights in or to the Equipment are being retained by Seller after the sale described herein.

**(i)**     **Successors and Assigns.**  Subject to the limitation on assignment contained in subsection (h) above, the Agreement shall be binding on and inure to the benefit of the parties hereto and their respective successors and assigns.

**(j)**     **Counterpart Execution.**  This Agreement may be executed in counterparts, all of which are identical and all of which constitute one and the same instrument. It shall not be necessary for Buyer and Seller to sign the same counterpart.

IN WITNESS WHEREOF, this Agreement is executed by the parties hereto on the date set forth above.

23

RICHIE BROS. AUCTIONEERS (AMERICA), INC.
By: ROBERT LOVE
Title: Manager - Major Accounts

SHEEHAN PIPE LINE CONSTRUCTION COMPANY
By: ROBERT A. KIESS, SR.
Title: PRESIDENT & CEO

24

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 1 | TM435 | 2008 | POLARIS | 500EFI | RANGER 4X4 | UTILITY VEHICLE | 4XARH50A782383254 |
| 2 | TM432 | 2007 | POLARIS | 500EFI | RANGER 4X4 | UTILITY VEHICLE | 4XARH50A072365757 |
| 3 | TM424 | 2006 | POLARIS | 500EFI | RANGER 4X4 | UTILITY VEHICLE | 4XARD50AX6D740603 |
| 4 | TM316 | 1983 | TUCKER | 544C | 5 PASSENGER CREW CAB | SNOW CAT | 3833625 |
| 5 | PU1169 | 2008 | CHEVROLET | 2500HD | SILVERADO Z71 LT CREW CAB 4X4 | PICKUP | 1GCHK23648F111765 |
| 6 | PU1171 | 2008 | CHEVROLET | 2500HD | SILVERADO Z71 LT CREW CAB 4X4 | PICKUP | 1GCHK23688F174089 |
| 7 | PU1173 | 2008 | CHEVROLET | 2500HD | SILVERADO Z71 LT CREW CAB 4X4 | PICKUP | 1GCHK23688F104141 |
| 8 | PU1174 | 2008 | CHEVROLET | 2500HD | SILVERADO Z71 LT CREW CAB 4X4 | PICKUP | 1GCHK23698F137388 |
| 9 | PU1175 | 2008 | CHEVROLET | 2500HD | SILVERADO LT CREW CAB Z71 4X4 | PICKUP | 1GCHK23678F150446 |
| 10 | PU1172 | 2008 | CHEVROLET | 2500HD | SILVERADO LT CREW CAB 4X4 | PICKUP | 1GCHK23688F126690 |
| 11 | PU1142 | 2007 | CHEVROLET | 2500HD | SILVERADO LT CREW CAB 4X4 | PICKUP | 1GCHK23687F518132 |
| 12 | PU1068 | 2005 | CHEVROLET | 2500HD | SILVERADO LS CREW CAB 4X4 | PICKUP | 1GCHK23235F923440 |
| 13 | PU1072 | 2005 | CHEVROLET | 2500HD | SILVERADO LS CREW CAB 4X4 | PICKUP | 1GCHK23275F949300 |
| 14 | PU1069 | 2005 | CHEVROLET | 2500HD | SILVERADO LS CREW CAB 4X4 | PICKUP | 1GCHK23295F917948 |
| 15 | PU1077 | 2005 | CHEVROLET | 2500HD | SILVERADO LS CREW CAB 4X4 | PICKUP | 1GCHK23215F947803 |
| 16 | PU1027 | 2001 | CHEVROLET | 2500HD | SILVERADO LS EXTENDED CAB 4X4 | PICKUP | 1GCHK29161E274750 |
| 17 | PU1075 | 2005 | CHEVROLET | 2500HD | SILVERADO LS CREW CAB 4X4 | PICKUP | 1GCHK23U45F948218 |
| 18 | PU1037 | 2002 | CHEVROLET | 2500HD | SILVERADO LS CREW CAB 4X4 | PICKUP | 1GCHK29U22E248836 |
| 19 | PU837 | 1994 | CHEVROLET | 2500 | CHEYENNE | PICKUP | 1GCGC24K6RE273036 |
| 20 | PU1113 | 2007 | CHEVROLET | 1500 | SILVERADO Z71 CREW CAB 4X4 | PICKUP | 2GCEK13Z971105148 |
| 21 | PU1304 | 2013 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2B60DEB34333 |
| 22 | PU1305 | 2013 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2B69DEB34332 |
| 23 | PU1297 | 2012 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2B7TCEB00202 |
| 24 | PU1283 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BTX8EA81899 |
| 25 | PU1275 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT78EA81889 |
| 26 | PU1280 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT3BEA81887 |
| 27 | PU1286 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT0BEA81894 |
| 28 | PU1284 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT7BEA81892 |
| 29 | PU1277 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT5BEA81891 |
| 30 | PU1281 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT6BEA81897 |
| 31 | PU1279 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT1BEA81886 |
| 32 | PU1282 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT88EA81898 |
| 33 | PU1276 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT3BEA81890 |
| 34 | PU1278 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BTXBEA81885 |
| 35 | PU1285 | 2011 | FORD | F250 | XLT SUPER DUTY CREW CAB 4X4 | PICKUP | 1FT7W2BT98EA81893 |
| 36 | PU1250 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B59AEB36997 |
| 37 | PU1252 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B52AEB36999 |
| 38 | PU1243 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B56AEB36990 |
| 39 | PU1254 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B55AEB37001 |
| 40 | PU1251 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B50AEB36998 |
| 41 | PU1239 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B54AEB36986 |
| 42 | PU1266 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B51AEB37013 |
| 43 | PU1246 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B51AEB36993 |
| 44 | PU1255 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B57AEB37002 |
| 45 | PU1244 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B58AEB36991 |
| 46 | PU1265 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B5XAEB37012 |
| 47 | PU1260 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B56AEB37007 |
| 48 | PU1242 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B5XAEB36989 |
| 49 | PU1240 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B56AEB36987 |
| 50 | PU1267 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B53AEB37014 |
| 51 | PU1261 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B58AEB37008 |
| 52 | PU1249 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B57AEB36996 |
| 53 | PU1258 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B52AEB37005 |
| 54 | PU1247 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B53AEB36994 |
| 55 | PU1241 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B58AEB36988 |
| 56 | PU1263 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B56AEB37010 |
| 57 | PU1245 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B56AEB36992 |
| 58 | PU1253 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B53AEB37000 |
| 59 | PU1259 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B54AEB37006 |
| 60 | PU1264 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B54AEB37015 |
| 61 | PU1268 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B53AEB37009 |
| 62 | PU1262 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B55AEB36995 |
| 63 | PU1248 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B50AEB37004 |
| 64 | PU1257 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B50AEB37004 |
| 65 | PU1256 | 2010 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW2B59AEB37003 |
| 66 | PU1211 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21549EA09930 |
| 67 | PU1213 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21589EA09932 |
| 68 | PU1223 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21509EA09942 |
| 69 | PU1215 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21519EA09934 |
| 70 | PU1208 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21549EA09927 |
| 71 | PU1209 | 2009 | FORD | F250 | SILVERADO XL CREW CAB 4X4 | PICKUP | 1FTSW21569EA09928 |
| 72 | PU1222 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21599EA09941 |
| 73 | PU1221 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21579EA09940 |
| 74 | PU1210 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21589EA09929 |
| 75 | PU1216 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21539EA09935 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 76 | PU1214 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S X9EA09933 |
| 77 | PU1220 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S09EA09939 |
| 78 | PU1219 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S99EA09938 |
| 79 | PU1207 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S29EA09926 |
| 80 | PU1205 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S99EA09924 |
| 81 | PU1206 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S09EA09925 |
| 82 | PU1204 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S79EA09923 |
| 83 | PU1218 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP | 1FTSW21S79EA09937 |
| 84 | PU1302 | 2013 | FORD | F150 | XLT CREW CAB 4X4 | PICKUP | 1FTFW1ET3DFC14355 |
| 85 | PU1303 | 2013 | FORD | F150 | XLT CREW CAB 4X4 | PICKUP | 1FTFW1ET5DFC14356 |
| 86 | PU1056 | 2000 | GMC | 1500 | SIERRA Z71 SLE EXTENDED CAB 4X4 | PICKUP | 1GTEK19T2YE279047 |
| 87 | CA-1226 (add) | 2008 | CADILLAC | ESCALADE | | SPORT UTILITY VEHICLE | |
| 88 | BU1290 | 2000 | CHEVROLET | 7000 | 44 PASSENGER 4X2 | BUS | 1GBL7T1C8YJ523991 |
| 89 | BU1298 | 2000 | CHEVROLET | 7000 | 65 PASSENGER 4X2 | BUS | 1GBL7T1CXYJ522132 |
| 90 | BU1299 | 1999 | CHEVROLET | 7000 | 44 PASSENGER 4X2 | BUS | 1GBL7T1C0XJ108081 |
| 91 | BU1300 | 1998 | CHEVROLET | 7000 | 44 PASSENGER 4X2 | BUS | 1GBL7T1C0WJ110931 |
| 92 | BU1291 | 1998 | CHEVROLET | 7000 | 44 PASSENGER 4X2 | BUS | 1GBL7T1C1WJ110937 |
| 93 | BU1306 | 1998 | CHEVROLET | 7000 | 53 PASSENGER 4X2 | BUS | 1GBG7T1P4WJ103551 |
| 94 | BU1301 | 1997 | CHEVROLET | 7000 | 44 PASSENGER 4X2 | BUS | 1GBL7T1J6VJ110865 |
| 95 | BU1177 | 1996 | FORD | B800 | 65 PASSENGER 4X2 | BUS | 1FDPB80C6VVA21570 |
| 96 | BU1144 | 1994 | FORD | B700 | 22 PASSENGER 4X2 | BUS | 1FDXJ75CXRVA32991 |
| 97 | BU1168 | 1986 | FORD | B700 | 28 PASSENGER 4X2 | BUS | 1FDXB70K0GVA48044 |
| 98 | BU1292 | 2000 | GMC | 7000 | 44 PASSENGER 4X2 | BUS | 1GDL7T1C1YJ526383 |
| 99 | BU1307 | 2001 | INTERNATIONAL | 3800 | 53 PASSENGER 4X2 | BUS | 1HVBBABM41H398142 |
| 100 | BU1194 | 1995 | INTERNATIONAL | 3800 | 71 PASSENGER 4X2 | BUS | 1HVBBABN6SH684651 |
| 101 | BU1132 | 1993 | INTERNATIONAL | 3800 | 65 PASSENGER 4X2 | BUS | 1HVBBPEN8PH526740 |
| 102 | BU1135 | 1993 | INTERNATIONAL | 3800 | 65 PASSENGER 4X2 | BUS | 1HVBBPEN1PH526739 |
| 103 | BU1081 | 1991 | INTERNATIONAL | 3800 | 70 PASSENGER 4X2 | BUS | 1HVBBNHN7MH294420 |
| 104 | BU1155 | 1991 | INTERNATIONAL | 3800 | 66 PASSENGER 4X2 | BUS | 1HVBBNUN9MH369351 |
| 105 | BU1150 | 1989 | INTERNATIONAL | 1800 | 28 PASSENGER 4X2 | BUS | 1HVLPCFM6KH614358 |
| 106 | BU1272 | 1997 | THOMAS | SAF-T-LINER ER | 58 PASSENGER 4X2 | BUS | 1T75U3B29V1144001 |
| 107 | BU979 | 1991 | BLUEBIRD | TC2000 | 52 PASSENGER 4X2 | BUS | 1BAAKCSA5MF045938 |
| 108 | BU1044 | 1990 | BLUEBIRD | TC2000 | 72 PASSENGER 4X2 | BUS | 1BAAHCSA4LF037276 |
| 109 | BU1043 | 1990 | BLUEBIRD | TC2000 | 72 PASSENGER 4X2 | BUS | 1BAAHCSAXLF037265 |
| 110 | BU1080 | 1989 | BLUEBIRD | TC2000 | 71 PASSENGER 4X2 | BUS | 1BAAHCSA8XF032497 |
| 111 | BU1145 | 1994 | FORD | B700 | 4X2 TEST | BUS | 1FDWJ75C8RVA32838 |
| 112 | BU1151 | 1993 | INTERNATIONAL | 3800 | 4X2 TEST | BUS | 1HVBBPLM5PH536488 |
| 113 | BU1198 | 1986 | CHEVROLET | 6000 | 4X2 TEST | BUS | 1GDM6P1B0GV537761 |
| 114 | BU1099 | 1980 | FORD | B600 | 4X2 TEST | BUS | B60HVJD0927 |
| 115 | FB899 | 1965 | KAISER | 2 1/2 TON | 6X6 | VAN TRUCK | 04G39571053911476 |
| 116 | FB1062 | 1995 | CHEVROLET | 3500 | CHEYENNE | FLATBED TRUCK | 1GBHC34K2SE164920 |
| 117 | PU1162 | 2008 | CHEVROLET | 2500HD | SILVERADO 4X4 | FLATBED TRUCK | 1GCHK24628E143540 |
| 118 | PU1161 | 2008 | CHEVROLET | 2500HD | SILVERADO 4X4 | FLATBED TRUCK | 1GCHK24658E132497 |
| 119 | PU1160 | 2008 | CHEVROLET | 2500HD | SILVERADO 4X4 | FLATBED TRUCK | 1GCHK24648E136301 |
| 120 | PU1143 | 2007 | CHEVROLET | 2500HD | SILVERADO Z71 CREW CAB 4X4 | FLATBED TRUCK | 1GCHK236X7F520173 |
| 121 | PU1157 | 2007 | CHEVROLET | 2500HD | SILVERADO 4X4 | FLATBED TRUCK | 1GCHK24637E557828 |
| 122 | PU1158 | 2007 | CHEVROLET | 2500HD | SILVERADO 4X4 | FLATBED TRUCK | 1GCHK24607E556877 |
| 123 | PU1159 | 2007 | CHEVROLET | 2500HD | SILVERADO 4X4 | FLATBED TRUCK | 1GCHK24697E554528 |
| 124 | PU990 | 2000 | CHEVROLET | 2500 | 4X4 | FLATBED TRUCK | 1GCGK24R7YR184387 |
| 125 | PU0993 | 2000 | CHEVROLET | 2500 | 4X4 | FLATBED TRUCK | 1GCGK24R5YR203003 |
| 126 | FB968 | 1999 | CHEVROLET | C6500 | 4X2 | FLATBED DUMP TRUCK | 1GBJ7H1D5XJ102077 |
| 127 | FB964 | 1999 | CHEVROLET | C6500 | 4X2 | FLATBED DUMP TRUCK | 1GBJ7H1D4XJ102149 |
| 128 | FB965 | 1999 | CHEVROLET | C6500 | 4X2 | FLATBED DUMP TRUCK | 1GBJ7H1B5XJ100814 |
| 129 | FB1041 | 1997 | CHEVROLET | C6500 | 4X2 | FLATBED DUMP TRUCK | 1GBJ6H1J7VJ114799 |
| 130 | FB1040 | 1998 | GMC | C6500 | 4X2 | FLATBED TRUCK | 1GDJ6H1C5WJ518033 |
| 131 | FB863 | 1995 | CHEVROLET | KODIAK | 4X2 | FLATBED DUMP TRUCK | 1GBJ7H1P0SJ108727 |
| 132 | FB862 | 1995 | CHEVROLET | KODIAK | 4X2 | FLATBED DUMP TRUCK | 1GBJ7H1P6SJ104813 |
| 133 | FB832 | 1994 | CHEVROLET | KODIAK | 4X2 | FLATBED DUMP TRUCK | 1GBJ7H1P6RJ104711 |
| 134 | FB742 | 1991 | CHEVROLET | KODIAK | 4X2 | FLATBED DUMP TRUCK | 1GBL7H1P4MJ103154 |
| 135 | FB923 | 1998 | CHEVROLET | C6500 | 4X2 | FLATBED TRUCK | 1GBJ7H1P1WJ109665 |
| 136 | FB833 | 1994 | CHEVROLET | KODIAK | 4X2 | FLATBED TRUCK | 1GBJ7H1P5RJ110970 |
| 137 | FB1093 | 1992 | CHEVROLET | KODIAK | 4X2 | FLATBED TRUCK | 1GBJ7H1P2NJ108166 |
| 138 | FB1119 | 1998 | FORD | F800 | 4X2 | FLATBED TRUCK | 1FDWF80C8WVA27973 |
| 139 | FB1051 | 2002 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED DUMP TRUCK | 3FDXW75R02MA01772 |
| 140 | FB997 | 2000 | FORD | F750 | XLT SUPER DUTY CREW CAB 4X2 | FLATBED DUMP TRUCK | 3FDXW75R0YMA08391 |
| 141 | FB1184 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75P08V578231 |
| 142 | FB1185 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75P28V578232 |
| 143 | FB1182 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75H08V067893 |
| 144 | FB1180 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75H78V067891 |
| 145 | FB1186 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75P48V578233 |
| 146 | FB1183 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75H28V067894 |
| 147 | FB1178 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75H98V067899 |
| 148 | FB1187 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75P68V578234 |
| 149 | FB1179 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75H58V067890 |
| 150 | FB1181 | 2008 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75H98V067892 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 151 | FB1121 | 2007 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75F97V486816 |
| 152 | FB1127 | 2007 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75F97V463995 |
| 153 | FB1120 | 2007 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75F27V463997 |
| 154 | FB1122 | 2007 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75T27V483195 |
| 155 | FB1108 | 2007 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRNW75V97V394152 |
| 156 | FB1105 | 2007 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRWW75G37V402249 |
| 157 | FB1106 | 2006 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75V26V267413 |
| 158 | FB1107 | 2006 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FRXW75P86V296612 |
| 159 | FB1050 | 2003 | FORD | F750 | XL SUPER DUTY CREW CAB 4X2 | FLATBED TRUCK | 3FDXW75R93M800009 |
| 160 | FB922 | 1998 | FORD | F700 | 4X2 | FLATBED TRUCK | 1FDNF70J7WVA32795 |
| 161 | FB1287 | 2005 | FORD | F650 | XL SUPER DUTY 4X2 | FLATBED DUMP TRUCK | 3FRNF65A75V122803 |
| 162 | FB1270 | 2005 | FORD | F550 | XL SUPER DUTY 4X4 | FLATBED TRUCK | 1FDAF57P95EC82924 |
| 163 | FB925 | 1999 | FORD | F450 | SUPER DUTY 4X2 | FLATBED TRUCK | 1FDXF46F5XEB47682 |
| 164 | FB1059 | 1999 | FORD | F350 | SUPER DUTY CREW CAB 4X4 | FLATBED TRUCK | 1FTSW31S0XEA09030 |
| 165 | PU1083 | 1999 | FORD | F250 | SUPER DUTY CREW CAB 4X4 | FLATBED TRUCK | 1FTNW21F7XEA79876 |
| 166 | FB1288 | 2000 | STERLING | ACTERRA | 4X2 | FLATBED DUMP TRUCK | 2FZHAJBA2YAG82493 |
| 167 | FB1118 | 2001 | INTERNATIONAL | 4700 | CREW CAB 4X2 | FLATBED DUMP TRUCK | 1HTSCAAL91H400045 |
| 168 | FB1133 | 2001 | INTERNATIONAL | 4900 | 4X2 | FLATBED TRUCK | 1HTSDAAL21H333964 |
| 169 | FB935 | 1998 | MACK | CS200P | MIDLINER 4X2 | FLATBED TRUCK | VG6BA07AXWB502382 |
| 170 | FB972 | 1998 | INTERNATIONAL | 5000 | PAYSTAR 6X4 | FLATBED TRUCK | 1HTTGAET2WJ000296 |
| 171 | FB1054 | 1998 | INTERNATIONAL | 5000 | PAYSTAR 6X4 | FLATBED TRUCK | 1HTTGAET0WJ000295 |
| 172 | FB906 | 1992 | INTERNATIONAL | 4900 | 6X4 | FLATBED TRUCK | 1HTSHPCR6NH424721 |
| 173 | FB1136 | 1996 | KENWORTH | W900B | 6X4 | FLATBED TRUCK | 1NKWLA9X6TS730607 |
| 174 | FB1137 | 1996 | KENWORTH | W900B | 6X4 | FLATBED TRUCK | 1NKWLA9X5TS730596 |
| 175 | FB1139 | 1995 | KENWORTH | W900B | 6X4 | FLATBED TRUCK | 1NKWLA0X0SS653504 |
| 176 | FB1138 | 1995 | KENWORTH | W900B | 6X4 | FLATBED TRUCK | 1NKWLA0X4SS653487 |
| 177 | FB1128 | 1990 | KENWORTH | W900B | 6X4 | FLATBED TRUCK | 1NKWLA0X0LS550181 |
| 178 | FB1129 | 1990 | KENWORTH | W900B | 6X4 | FLATBED TRUCK | 1NKWLA0X4LS550183 |
| 179 | FB1053 | 2000 | MACK | RB688S | 6X4 | FLATBED TRUCK | 1M2AM09C3YM005506 |
| 180 | FB1016 | 1998 | MACK | RD688S | 6X4 | FLATBED TRUCK | 1M2P267C4WM035908 |
| 181 | FB1235 | 1994 | MACK | CH613 | 6X4 | FLATBED TRUCK | 1M2AA13Y7RW041529 |
| 182 | FB1033 | 1985 | MACK | RW613 | SUPERLINER 6X4 | FLATBED TRUCK | 1M2AY04Y0FM001515 |
| 183 | FB1092 | 1982 | MACK | RD612S | 6X4 | FLATBED TRUCK | 1M2P127Y0CA002537 |
| 184 | FB999 | 1999 | STERLING | L8513 | 6X4 | FLATBED TRUCK | 2FZXMJCB2XAB58589 |
| 185 | FB1031/AC086 | 1994 | PETERBILT | 378 | 6X4 | FLATBED TRUCK | 1XPFDB9X6RN350600 |
| 186 | FB1130 | 1989 | PETERBILT | 357 | 6X4 | FLATBED TRUCK | 1XPALA0X5KN282848 |
| 187 | FB803 | 1984 | WHITE | WCS64T | 6X4 | FLATBED TRUCK | 1WNADCJE5EN066860 |
| 188 | FB901 | 1968 | KAISER | M51A | MILITARY 2.5 TON 6X6 | FLATBED TRUCK | 952410451 |
| 189 | FB1271 | 1968 | KAISER | | MILITARY 2.5 TON 6X6 | FLATBED TRUCK | NK024B72053915683 |
| 190 | FB1296 | 2005 | MACK | CV713 | GRANITE 8X4 | ROLLOFF TRUCK | 1M2AG11C05M019934 |
| 191 | TK1238 | 2007 | VOLVO | VHD | 8X4 | TRUCK TRACTOR (TRI/A) | 4V5KC9GH17N467067 |
| 192 | TK1295 | 2007 | VOLVO | VT800 | 8X4 | TRUCK TRACTOR (TRI/A) | 4V4LC9KL27N477059 |
| 193 | TK1294 | 2007 | VOLVO | VT800 | 8X4 | TRUCK TRACTOR (TRI/A) | 4V4LC9KL37N460657 |
| 194 | TK1293 | 2007 | VOLVO | VT800 | 8X4 | TRUCK TRACTOR (TRI/A) | 4V4LC9KL17N460656 |
| 195 | TK1111 | 2007 | MACK | CV713 | GRANITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AG10Y67M052098 |
| 196 | TK1112 | 2007 | MACK | CV713 | GRANITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AG10Y87M052099 |
| 197 | TK1192 | 2007 | MACK | CL733 | ELITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AD64Y57M002678 |
| 198 | TK1193 | 2007 | MACK | CL733 | ELITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AD64Y77M002679 |
| 199 | TK1163 | 2007 | MACK | CL733 | ELITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AD64Y07M002779 |
| 200 | TK1164 | 2007 | MACK | CL733 | ELITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AD64Y77M002780 |
| 201 | TK1165 | 2007 | MACK | CL733 | ELITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AD64Y47M002669 |
| 202 | TK1166 | 2007 | MACK | CL733 | ELITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AD64Y07M002670 |
| 203 | TK1188 | 2007 | MACK | CL733 | ELITE 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AD64Y37M002632 |
| 204 | TK1101 | 2001 | MACK | CH613 | 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AA18YX1W144252 |
| 205 | TK1102 | 2001 | MACK | CH613 | 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AA18Y11W144253 |
| 206 | TK1035 | 2001 | MACK | CH613 | 8X4 | TRUCK TRACTOR (TRI/A) | 1M1AA18Y81W144251 |
| 207 | TK1237 | 2006 | PETERBILT | 379 | 8X4 | TRUCK TRACTOR (TRI/A) | 1XP5DB0X26D889600 |
| 208 | TK953 | 1998 | PETERBILT | 379 | 8X4 | TRUCK TRACTOR (TRI/A) | 1XP5PB0X6WD459611 |
| 209 | TK1236 | 2008 | PETERBILT | 388 | 8X4 | TRUCK TRACTOR (TRI/A) | 1XPWDBEXX8D750542 |
| 210 | TK1233 | 2006 | MACK | CL733 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M1AD65Y36M001915 |
| 211 | TK1232 | 2006 | MACK | CL733 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M1AD65Y86M001912 |
| 212 | TK1228 | 2006 | MACK | CL733 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M1AD65Y96M001899 |
| 213 | TK1229 | 2006 | MACK | CL733 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M1AD65Y26M001906 |
| 214 | TK1230 | 2006 | MACK | CL733 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M1AD65Y46M001907 |
| 215 | TK1227 | 2006 | MACK | CL733 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M1AD65Y76M001898 |
| 216 | TK1231 | 2006 | MACK | CL733 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M1AD65Y46M001910 |
| 217 | TK1115 | 2007 | MACK | CHN613 | 6X4 | TRUCK TRACTOR (T/A) | 1M1AJ07Y3N006885 |
| 218 | TK1114 | 2007 | MACK | CHN613 | 6X4 | TRUCK TRACTOR (T/A) | 1M1AJ07Y57N006886 |
| 219 | TK1167 | 2004 | MACK | CH613 | 6X4 | TRUCK TRACTOR (T/A) | 1M1AA18Y34N156236 |
| 220 | TK880 | 1997 | MACK | CH613 | 6X4 | TRUCK TRACTOR (T/A) | 1M2AA18Y0VW071068 |
| 221 | TK905 | 1997 | MACK | CH613 | 6X4 | TRUCK TRACTOR (T/A) | 1M2AA12Y0VW076411 |
| 222 | TK904 | 1997 | MACK | CH613 | 6X4 | TRUCK TRACTOR (T/A) | 1M2AA19Y0VW076410 |
| 223 | TK1011 | 1996 | MACK | CH613 | 6X4 | TRUCK TRACTOR (T/A) | 1M2AA13Y5TW057672 |
| 224 | TK1065 | 1996 | MACK | CH613 | 6X4 | TRUCK TRACTOR (T/A) | 1M2AA13Y5TW057669 |
| 225 | TK793 | 1993 | MACK | CL653 | ELITE 6X4 | TRUCK TRACTOR (T/A) | 1M2AD27Y9PW001084 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 226 | TK986 | 2000 | MACK | RD688S | 6X4 | TRUCK TRACTOR (T/A) | 1M2P267Y5YM050898 |
| 227 | TK985 | 2000 | MACK | RD688S | 6X4  INOP_ | TRUCK TRACTOR (T/A) | 1M2P267Y9YM048121 |
| 228 | TK988 | 2000 | MACK | RD688S | 6X4 | TRUCK TRACTOR (T/A) | 1M2P267Y9YM051228 |
| 229 | TK987 | 2000 | MACK | RD688S | 6X4 | TRUCK TRACTOR (T/A) | 1M2P267Y7YM050899 |
| 230 | TK1015 | 1998 | MACK | RD688S | 6X4 | TRUCK TRACTOR (T/A) | 1M2P267YC9WM037735 |
| 231 | TK1018 | 1998 | MACK | RD688S | 6X4 | TRUCK TRACTOR (T/A) | 1M2P267C7WM034526 |
| 232 | TK687 | 1989 | MACK | R688ST | 6X4 | TRUCK TRACTOR (T/A) | 2M2N187Y5KC029756 |
| 233 | TK676 | 1988 | MACK | R688ST | ECONDYNE 6X4 | TRUCK TRACTOR (T/A) | 2M2N187Y1LC025444 |
| 234 | TK673 | 1987 | MACK | R688ST | 6X4 | TRUCK TRACTOR (T/A) | 1M2N187Y9HA019130 |
| 235 | TK1089 | 1985 | MACK | R686ST | 6X4 | TRUCK TRACTOR (T/A) | 2M2N179Y7FC097974 |
| 236 | PU1170 | 2008 | CHEVROLET | 2500HD | SILVERADO 271 LT CREW CAB 4X4 | CAB & CHASSIS | 1GCHK23628F152704 |
| 237 | DT1117 | 2007 | MACK | CV713 | GRANITE 6X4 | DUMP TRUCK (T/A) | 1M2AG11C77M044879 |
| 238 | DT1116 | 2007 | MACK | CV713 | GRANITE 6X4 | DUMP TRUCK (T/A) | 1M2AG11C67M044873 |
| 239 | DT1039 | 1994 | MACK | CH613 | 6X4 | DUMP TRUCK (T/A) | 1M2AA13Y1RW040862 |
| 240 | DT1001 | 1985 | MACK | RD688S | 6X4 | DUMP TRUCK (T/A) | 1M2P141C9FA003537 |
| 241 | DT852 | 1990 | KENWORTH | T800 | 6X4 | DUMP TRUCK (T/A) | 1XKDDB9X5LS553712 |
| 242 | WA1110 | 1996 | VOLVO | WCA64T | 4000 GALLON 6X4 | WATER TRUCK | 4V4VDBPG6TN731648 |
| 243 | WA824 | 1990 | FORD | F900 | 3500 GALLON 6X4 | WATER TRUCK | 1FDYL90A8LVA27103 |
| 244 | SV1197 | 2007 | CHEVROLET | C7500 | FLATBED 4X2 | LUBE TRUCK | 1GBK7C1387F417280 |
| 245 | SV1123 | 2006 | CHEVROLET | C7500 | FLATBED 4X2 | LUBE TRUCK | 1GBK7C1336F431120 |
| 246 | SV1008 | 1999 | CHEVROLET | C7500 | FLATBED 4X2 | LUBE TRUCK | 1GBM7H1C1XJ102517 |
| 247 | SV743 | 1991 | CHEVROLET | KODIAK | FLATBED 4X2 | FUEL & LUBE TRUCK | 1GBL7H1P8MJ103061 |
| 248 | SV1206 | 2009 | FORD | F750 | XLT SUPER DUTY FLATBED 4X2 | FUEL & LUBE TRUCK | 3FRPF75F96V235759 |
| 249 | SV1019 | 1993 | MACK | CH613 | FLATBED 6X4 | FUEL & LUBE TRUCK | 1M1AA13Y3PW027919 |
| 250 | TK900 | 1997 | MACK | CH613 | 6X4 | WINCH TRACTOR | 1M1AA18Y3VW078889 |
| 251 | TK1017 | 1998 | MACK | RD688S | 6X4 | WINCH TRACTOR | 1M2P267C1WM037728 |
| 252 | TK683 | 1989 | MACK | R688ST | 6X4 | WINCH TRACTOR | 1M2N187YXKW028638 |
| 253 | TK749 | 1992 | PETERBILT | 357 | 6X4 | TRUCK TRACTOR (T/A) | 1XPAD89XXNN312940 |
| 254 | TK750 | 1992 | PETERBILT | 357 | 6X4 | WINCH TRACTOR | 1XPAD89X1NN312941 |
| 255 | BT1052 | 1993 | PETERBILT | 357 | 6X4 W/MANITEX 2284 22 TON | BOOM TRUCK | 1XPAL80X7PD328635 |
| 256 | BT974 | 1998 | INTERNATIONAL | 4800 | CREW CAB 4X4 | FLATBED TRUCK W/CRANE | 1HTSEAAR0WH543794 |
| 257 | WT1202 | 2007 | GMC | C7500 | 4X2 | WINCH BED TRUCK | 1GDJ7C1367F415465 |
| 258 | WT1124 | 2006 | CHEVROLET | C7500 | 4X2 | WINCH BED TRUCK | 1GBK7C1336F431358 |
| 259 | WT1126 | 2006 | CHEVROLET | C7500 | 4X2 | WINCH BED TRUCK | 1GBK7C13X6F431471 |
| 260 | WT1125 | 2006 | CHEVROLET | C7500 | 4X2 | WINCH BED TRUCK | 1GBK7C1366F431628 |
| 261 | WT885 | 1996 | CHEVROLET | KODIAK | 4X2 | BED TRUCK | 1GBJ7H1P6TJ106899 |
| 262 | WT836 | 1994 | CHEVROLET | KODIAK | 4X2 | WINCH BED TRUCK | 1GBL7H1P6RJ104443 |
| 263 | WT756 | 1991 | CHEVROLET | KODIAK | 4X2 | WINCH BED TRUCK | 1GBL7H1P2MJ108370 |
| 264 | WT724 | 1991 | CHEVROLET | KODIAK | 4X2 | WINCH BED TRUCK | 1GBL7H1P7MJ100409 |
| 265 | WT938 | 1998 | FORD | F800 | 4X2 | WINCH BED TRUCK | 1FDNF80C4WVA35922 |
| 266 | WT996 | 2000 | FORD | F750 | XL SUPER DUTY 4X2 | BED TRUCK | 3FDXF75R3YMA07509 |
| 267 | WT936 | 1989 | MACK | RD690S | 6X4 | WINCH BED TRUCK | 1M2P198C6KW003933 |
| 268 | SV1203 | 2008 | KENWORTH | T800 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1NKDL40X88J234744 |
| 269 | SV1189 | 2008 | KENWORTH | T800 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1NKDL40X28J234743 |
| 270 | SV1190 | 2008 | KENWORTH | T800 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1NKDL40X48J234742 |
| 271 | SV1140 | 2007 | KENWORTH | T800 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1NKDLBOX57J209075 |
| 272 | SV1131 | 2007 | KENWORTH | T800 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1NKDLBOX37J209074 |
| 273 | SV1141 | 2007 | KENWORTH | T800 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1NKDLBOX77J209076 |
| 274 | SV1070 | 1999 | KENWORTH | T800 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1XKDDB0X5XR956860 |
| 275 | SV1153 | 1987 | KENWORTH | T600A | 4000 GALLON 6X4 FUEL | TANK TRUCK | 1XKADB9XXH5342581 |
| 276 | SV998 | 1999 | STERLING | L8513 | 4000 GALLON 6X4 FUEL | TANK TRUCK | 2FZMXJCB0XAB58588 |
| 277 | SV971 | 1998 | INTERNATIONAL | 5000 | PAYSTAR 3500 GALLON 6X4 FUEL | TANK TRUCK | 1HTTGAET8WJ000299 |
| 278 | SV827 | 1982 | FORD | LT9000 | 3000 GALLON 6X4 FUEL | TANK TRUCK | 1FDYU90W0CVA25886 |
| 279 | SV771 | 1984 | GMC | TOPKICK | SIERRA 2000 GALLON 4X2 FUEL | TANK TRUCK | 1GDL7D1YXEV528218 |
| 280 | TM363 | 1997 | CATERPILLAR | TH83 | 8000 LB 4X4X4 | TELESCOPIC FORKLIFT | 3RN01095 |
| 281 | TM326 | 1998 | CATERPILLAR | TH82 | 8000 LB 4X4X4 | TELESCOPIC FORKLIFT | 3JN00679 |
| 282 | TM417 | 2000 | YALE | GLP050RGNUAE090 | 5000 LB | FORKLIFT | A875B05818X |
| 283 | TM414 | 2009 | KUBOTA | M9540D | | MFWD TRACTOR | 81816 |
| 284 | TM413 | 2009 | KUBOTA | M9540D | | MFWD TRACTOR | 81703 |
| 285 | TM343 | 1999 | NEW HOLLAND | TC29D | MFWD | UTILITY TRACTOR | G011752 |
| 286 | TM267 | 1989 | KIOTI | LB2202 | | UTILITY TRACTOR | 300112 |
| 287 | MG007 | 1983 | CATERPILLAR | 14G | | MOTOR GRADER | 96U06186 |
| 288 | MG010 | 2009 | JOHN DEERE | 672D | AWD | MOTOR GRADER | DW672DX623842 |
| 289 | MG009 | 2009 | JOHN DEERE | 672D | AWD | MOTOR GRADER | DW672DX623763 |
| 290 | TM333 | 1982 | CATERPILLAR | 980C | | WHEEL LOADER | 63X04682 |
| 291 | TM334 | 1982 | CATERPILLAR | 980C | | WHEEL LOADER | 63X04591 |
| 292 | TM229 | 1981 | CATERPILLAR | 980C | | WHEEL LOADER | 63X03494 |
| 293 | TM418 | 2006 | CATERPILLAR | 966H | | WHEEL LOADER | CAT0966HLA6D00328 |
| 294 | TM439 | 2006 | CATERPILLAR | IT38G | SERIES II | WHEEL LOADER | CATIT38GHCSX00967 |
| 295 | 99-2051 | 2012 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TKMLN00590 |
| 296 | 99-2050 | 2012 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TPMLN00586 |
| 297 | 99-2046 | 2012 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TLMLN00581 |
| 298 | 99-2048 | 2012 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TCMLN00584 |
| 299 | 99-2049 | 2012 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TIMLN00585 |
| 300 | 99-2047 | 2012 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TEMLN00583 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 301 | TD452 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TAKPZ01908 |
| 302 | TD453 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8THKPZ01913 |
| 303 | TD464 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TEKPZ01735 |
| 304 | TD454 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TEKPZ01914 |
| 305 | TD455 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TPKPZ01948 |
| 306 | TD456 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TKKPZ01952 |
| 307 | TD465 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TCKPZ01736 |
| 308 | TD468 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TTKPZ01740 |
| 309 | TD466 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TPKPZ01738 |
| 310 | TD467 | 2007 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TKKPZ01739 |
| 311 | TD451 | 2006 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TEKPZ01332 |
| 312 | TD408 | 2006 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TTKPZ01169 |
| 313 | TD409 | 2006 | CATERPILLAR | D8T | | CRAWLER TRACTOR | CAT00D8TEKPZ01170 |
| 314 | TD415 | 2002 | CATERPILLAR | D8R | | CRAWLER TRACTOR | CAT00D8RP6YZ00853 |
| 315 | TD253 | 1980 | CATERPILLAR | D8K | | CRAWLER TRACTOR | 77V14418 |
| 316 | TD280 | 1980 | CATERPILLAR | D8K | | CRAWLER TRACTOR | 77V15175 |
| 317 | TD400 | 1978 | CATERPILLAR | D8K | | CRAWLER TRACTOR | 77V11509 |
| 318 | TD132 | 1964 | CATERPILLAR | D8H | | CRAWLER TRACTOR | 46A08950 |
| 319 | TD131 | 1964 | CATERPILLAR | D8H | | CRAWLER TRACTOR | 46A08864 |
| 320 | TD472 | 2007 | CATERPILLAR | D7R | XR SERIES II | CRAWLER TRACTOR | CAT00D7RLAGN01692 |
| 321 | TD469 | 2007 | CATERPILLAR | D7R | XR SERIES II | CRAWLER TRACTOR | CAT00D7RVAGN01656 |
| 322 | TD471 | 2007 | CATERPILLAR | D7R | XR SERIES II | CRAWLER TRACTOR | CAT00D7RAAGN01688 |
| 323 | TD473 | 2007 | CATERPILLAR | D7R | XR SERIES II | CRAWLER TRACTOR | CAT00D7RHAGN01693 |
| 324 | TD470 | 2007 | CATERPILLAR | D7R | XR SERIES II | CRAWLER TRACTOR | CAT00D7RVAGN01687 |
| 325 | TD475 | 2007 | CATERPILLAR | D7R | XR SERIES II | CRAWLER TRACTOR | CAT00D7RCAGN01695 |
| 326 | TD474 | 2007 | CATERPILLAR | D7R | XR SERIES II | CRAWLER TRACTOR | CAT00D7REAGN01694 |
| 327 | TD436 | 2007 | CATERPILLAR | D7R | SERIES II | CRAWLER TRACTOR | CAT00D7RVAEC01680 |
| 328 | TD437 | 2007 | CATERPILLAR | D7R | SERIES II | CRAWLER TRACTOR | CAT00D7RPAEC01687 |
| 329 | TD352 | 1997 | CATERPILLAR | D7R | XR | CRAWLER TRACTOR | 2EN00380 |
| 330 | TD401 | 1993 | CATERPILLAR | D7H | | CRAWLER TRACTOR | 5BF05613 |
| 331 | TD324 | 1993 | CATERPILLAR | D7H | | CRAWLER TRACTOR | 5BF05672 |
| 332 | TD306 | 1990 | CATERPILLAR | D7H | | CRAWLER TRACTOR | 5BF00869 |
| 333 | TD304 | 1990 | CATERPILLAR | D7H | | CRAWLER TRACTOR | 79Z04134 |
| 334 | TD402 | 1989 | CATERPILLAR | D7H | | CRAWLER TRACTOR | 79Z02292 |
| 335 | TD289 | 1989 | CATERPILLAR | D7H | | CRAWLER TRACTOR | 79Z02291 |
| 336 | TD227 | 1981 | CATERPILLAR | D7G | | CRAWLER TRACTOR | 92V10348 |
| 337 | TD210 | 1979 | CATERPILLAR | D7G | | CRAWLER TRACTOR | 92V08357 |
| 338 | TD242 | 1979 | CATERPILLAR | D7G | | CRAWLER TRACTOR | 92V08077 |
| 339 | TD255 | 1972 | CATERPILLAR | D7F | | CRAWLER TRACTOR | 94N03988 |
| 340 | TD487 | 2006 | CATERPILLAR | D6R | SERIES III LGP | CRAWLER TRACTOR | CAT00D6RKWRG00506 |
| 341 | TD488 | 2006 | CATERPILLAR | D6R | SERIES III LGP | CRAWLER TRACTOR | CAT00D6RJWRG00507 |
| 342 | TD421 | 2003 | CATERPILLAR | D6R | SERIES II LGP | CRAWLER TRACTOR | CAT00D6RKADE00165 |
| 343 | TD440 | 2001 | CATERPILLAR | D6R | LGP | CRAWLER TRACTOR | CAT00D6RA9PN01722 |
| 344 | TD419 | 2000 | CATERPILLAR | D6R | XL | CRAWLER TRACTOR | 5LN02625 |
| 345 | TD320 | 1998 | CATERPILLAR | D6R | XL | CRAWLER TRACTOR | 5LN01419 |
| 346 | TD372 | 1998 | CATERPILLAR | D6R | LGP | CRAWLER TRACTOR | 9PN01066 |
| 347 | TD356 | 1996 | CATERPILLAR | D6R | LGP | CRAWLER TRACTOR | 9PN00429 |
| 348 | TD486 | 2008 | CATERPILLAR | D6N | LGP | CRAWLER TRACTOR | CAT00D6NPDJY00709 |
| 349 | TD463 | 2008 | CATERPILLAR | D6N | LGP | CRAWLER TRACTOR | CAT00D6NHDJY00770 |
| 350 | TD457 | 2007 | CATERPILLAR | D6N | XL | CRAWLER TRACTOR | CAT00D6NLDJA00519 |
| 351 | TD420 | 2001 | CATERPILLAR | D6M | LGP | CRAWLER TRACTOR | 4JN02262 |
| 352 | TD319 | 1996 | CATERPILLAR | D6H | XL SERIES II | CRAWLER TRACTOR | 9KJ01263 |
| 353 | TD292 | 1990 | CATERPILLAR | D6H | | CRAWLER TRACTOR | 3ZF01374 |
| 354 | TD282 | 1988 | CATERPILLAR | D6H | | CRAWLER TRACTOR | 4RC01909 |
| 355 | TD258 | 1984 | CATERPILLAR | D6D | | CRAWLER TRACTOR | 20X04238 |
| 356 | TD251 | 1981 | CATERPILLAR | D6D | | CRAWLER TRACTOR | 04X07828 |
| 357 | TD213 | 1981 | CATERPILLAR | D6D | | CRAWLER TRACTOR | 04X07034 |
| 358 | TD215 | 1981 | CATERPILLAR | D6D | | CRAWLER TRACTOR | 04X07038 |
| 359 | TD246 | 1980 | CATERPILLAR | D6D | | CRAWLER TRACTOR | 04X05974 |
| 360 | TD205 | 1979 | CATERPILLAR | D6D | | CRAWLER TRACTOR | 04X04038 |
| 361 | TD379 | 2001 | CATERPILLAR | D5C | SERIES III LGP | CRAWLER TRACTOR | 6CS00886 |
| 362 | TW130 | 1963 | CATERPILLAR | D4D | | CRAWLER TRACTOR | 78A01494 |
| 363 | TD-462 | 2008 | CATERPILLAR | D6N | LGP | CRAWLER TRACTOR | CAT00D6NJDJY00762 |
| 364 | TS284 | 1982 | CATERPILLAR | D8K | | PIPELAYER | 66V06230 |
| 365 | TS342 | 1977 | CATERPILLAR | D8K | | PIPELAYER | 77V07659 |
| 366 | TS268 | 1976 | CATERPILLAR | D8K | CERTIFIED REBUILD 1986 | PIPELAYER | 77V75287 |
| 367 | TS412 | 1978 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00389 |
| 368 | TS411 | 1978 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00356 |
| 369 | TS410 | 1978 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00281 |
| 370 | TS226 | 1978 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00319 |
| 371 | TS297 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00135 |
| 372 | TS344 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00128 |
| 373 | TS296 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00182 |
| 374 | TS394 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00157 |
| 375 | TS295 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00179 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 376 | TS393 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00152 |
| 377 | TS398 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00172 |
| 378 | TS397 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00171 |
| 379 | TS396 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00161 |
| 380 | TS395 | 1975 | CATERPILLAR | 594H | CRAWLER | PIPELAYER | 96V00160 |
| 381 | TS392 | 1974 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00848 |
| 382 | TS252 | 1974 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00847 |
| 383 | TS389 | 1974 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00827 |
| 384 | TS391 | 1974 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00856 |
| 385 | TS386 | 1973 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00501 |
| 386 | TS388 | 1973 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00313 |
| 387 | TS387 | 1973 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00311 |
| 388 | TS390 | 1971 | CATERPILLAR | 594 | CRAWLER | PIPELAYER | 62H00296 |
| 389 | TS444 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TPCMX00442 |
| 390 | TS448 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TCCMX00462 |
| 391 | TS-459 | 2008 | CATERPILLAR | 587T | CRAWLER | PIPELAYER | CAT0587TLFAT00390 |
| 392 | TS446 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TACMX00450 |
| 393 | TS443 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TTCMX00441 |
| 394 | TS447 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TLCMX00451 |
| 395 | TS442 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TCCMX00440 |
| 396 | TS-458 | 2008 | CATERPILLAR | 587T | CRAWLER | PIPELAYER | CAT0587TEFAT00389 |
| 397 | TS450 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TACMX00464 |
| 398 | TS449 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TVCMX00463 |
| 399 | TS-460 | 2008 | CATERPILLAR | 587T | CRAWLER | PIPELAYER | CAT0587TJFAT00383 |
| 400 | TS441 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583THCMX00435 |
| 401 | TS-461 | 2008 | CATERPILLAR | 587T | CRAWLER | PIPELAYER | CAT0587TCFAT00384 |
| 402 | TS445 | 2008 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TKCMX00443 |
| 403 | TS483 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TCCMX00235 |
| 404 | TS477 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TPCMX00229 |
| 405 | TS482 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TJCMX00234 |
| 406 | TS476 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TTCMX00228 |
| 407 | TS413 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TLCMX00191 |
| 408 | TS481 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TKCMX00233 |
| 409 | TS479 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TCCMX00231 |
| 410 | TS414 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583THCMX00192 |
| 411 | TS478 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TCCMX00230 |
| 412 | TS480 | 2007 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TPCMX00232 |
| 413 | TS491 | 2006 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TECMX00131 |
| 414 | TS406 | 2006 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TCCMX00132 |
| 415 | TS416 | 2006 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583THCMX00130 |
| 416 | TS407 | 2006 | CATERPILLAR | 583T | CRAWLER | PIPELAYER | CAT0583TKCMX00135 |
| 417 | TS240 | 1976 | CATERPILLAR | 583K | CRAWLER | PIPELAYER | 78V00539 |
| 418 | TS259 | 1975 | CATERPILLAR | 583K | CRAWLER | PIPELAYER | 78V00484 |
| 419 | TS335 | 1974 | CATERPILLAR | 583K | CRAWLER | PIPELAYER | 78V00391 |
| 420 | TS348 | 1969 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00556 |
| 421 | TS349 | 1969 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00577 |
| 422 | TS236 | 1968 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00499 |
| 423 | TS235 | 1968 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00467 |
| 424 | TS208 | 1966 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00194 |
| 425 | TS204 | 1964 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00098 |
| 426 | TS299 | 1963 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00077 |
| 427 | TS300 | 1960 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00048 |
| 428 | TS232 | 1960 | CATERPILLAR | 583H | CRAWLER | PIPELAYER | 61A00046 |
| 429 | TS337 | 1981 | CATERPILLAR | D8K | W/MIDWESTERN M583 CRAWLER | PIPELAYER | 77V16058 |
| 430 | TS336 | 1981 | CATERPILLAR | D8K | W/MIDWESTERN M583 CRAWLER | PIPELAYER | 77V17509 |
| 431 | TS431 | 2007 | CATERPILLAR | 572R | SERIES II CRAWLER | PIPELAYER | CAT0572RPDSC00412 |
| 432 | TS429 | 2007 | CATERPILLAR | 572R | SERIES II CRAWLER | PIPELAYER | CAT0572RJDSC00395 |
| 433 | TS430 | 2007 | CATERPILLAR | 572R | SERIES II CRAWLER | PIPELAYER | CAT0572RTDSC00411 |
| 434 | TS428 | 2007 | CATERPILLAR | 572R | SERIES II CRAWLER | PIPELAYER | CAT0572RKDSC00394 |
| 435 | TS425 | 2007 | CATERPILLAR | 572R | SERIES II CRAWLER | PIPELAYER | CAT0572RTDSC00389 |
| 436 | TS368 | 1999 | CATERPILLAR | 572R | CRAWLER | PIPELAYER | 2HZ00327 |
| 437 | TS371 | 1999 | CATERPILLAR | 572R | CRAWLER | PIPELAYER | 2HZ00335 |
| 438 | TS370 | 1999 | CATERPILLAR | 572R | CRAWLER | PIPELAYER | 2HZ00333 |
| 439 | TS288 | 1979 | CATERPILLAR | 572G | CRAWLER | PIPELAYER | 40U00796 |
| 440 | TS427 | 1979 | CATERPILLAR | 572G | CRAWLER | PIPELAYER | 40U00794 |
| 441 | TS217 | 1978 | CATERPILLAR | 572G | CRAWLER | PIPELAYER | 40U00591 |
| 442 | TS249 | 1978 | CATERPILLAR | 572G | CRAWLER | PIPELAYER | 40U00584 |
| 443 | TS203 | 1977 | CATERPILLAR | 572G | CRAWLER | PIPELAYER | 40U00556 |
| 444 | TS269 | 1977 | CATERPILLAR | 572G | CRAWLER | PIPELAYER | 40U00540 |
| 445 | TS211 | 1976 | CATERPILLAR | 572G | CRAWLER | PIPELAYER | 40U00494 |
| 446 | TS180 | 1973 | CATERPILLAR | 572F | CRAWLER | PIPELAYER | 96N00188 |
| 447 | TS341 | 1968 | CATERPILLAR | 572E | CRAWLER | PIPELAYER | 65A00411 |
| 448 | TS264 | 1968 | CATERPILLAR | 572E | CRAWLER | PIPELAYER | 65A00376 |
| 449 | TS263 | 1968 | CATERPILLAR | 572E | CRAWLER | PIPELAYER | 65A00363 |
| 450 | TS262 | 1968 | CATERPILLAR | 572E | CRAWLER | PIPELAYER | 65A00344 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 451 | TS403 | 1967 | CATERPILLAR | 572E | CRAWLER | PIPELAYER | 65A00314 |
| 452 | TS271 | 1967 | CATERPILLAR | 572E | CRAWLER | PIPELAYER | 65A00279 |
| 453 | TS404 | 1966 | CATERPILLAR | 572E | CRAWLER | PIPELAYER | 65A00226 |
| 454 | TS328 | 1979 | CATERPILLAR | 571G | CRAWLER | PIPELAYER | 16W00452 |
| 455 | TS243 | 1979 | CATERPILLAR | 571G | CRAWLER | PIPELAYER | 16W00374 |
| 456 | TS256/XG074 | 1974 | CATERPILLAR | 571F | CRAWLER | PIPELAYER | 95N00254 |
| 457 | TS197 | 1972 | CATERPILLAR | 571A | CRAWLER | PIPELAYER | 64A00308 |
| 458 | TS169 | 1964 | CATERPILLAR | 571A | CRAWLER | PIPELAYER | 64A00079 |
| 459 | TS312 | 1995 | CATERPILLAR | 561H | CRAWLER | PIPELAYER | 6NL00393 |
| 460 | TS218 | 1981 | CATERPILLAR | 561D | CRAWLER | PIPELAYER | 54X00537 |
| 461 | TS191 | 1974 | CATERPILLAR | 561C | CRAWLER | PIPELAYER | 92J00504 |
| 462 | TS190 | 1974 | CATERPILLAR | 561C | CRAWLER | PIPELAYER | 92J00416 |
| 463 | TS194 | 1968 | CATERPILLAR | 561C | CRAWLER | PIPELAYER | 92J00138 |
| 464 | TS270 | 1968 | CATERPILLAR | 561C | CRAWLER | PIPELAYER | 85H00039 |
| 465 | TS143 | 1965 | CATERPILLAR | 561B | CRAWLER | PIPELAYER | 62A00216 |
| 466 | TS207 | 1956 | CATERPILLAR | D7C | CRAWLER | PIPELAYER | 17A05504 |
| 467 | TS184 | 1965 | INTERNATIONAL | TD25B | CRAWLER | PIPELAYER | TD25BPS3036 |
| 468 | TM188 | 1967 | CATERPILLAR | 922B | RUBBER TIRE | PIPELAYER | 94A02825 |
| 469 | TW325 | 1998 | CATERPILLAR | CHALLENGER 75E | BELTED | TACK TRACTOR | 6HS00416 |
| 470 | TW378/XG075 | 1979 | CATERPILLAR | D7G | CRAWLER | TACK TRACTOR | 72W00464 |
| 471 | TW339 | 1979 | CATERPILLAR | D7G | CRAWLER | TACK TRACTOR | 72W00422 |
| 472 | TD244 | 1977 | CATERPILLAR | D7G | CRAWLER | TACK TRACTOR | 92V04449 |
| 473 | TW254/XG61 | 1972 | CATERPILLAR | D7F | CRAWLER | TACK TRACTOR | 94N03505 |
| 474 | TW490 | 2005 | CATERPILLAR | D6N LGP | CRAWLER | TACK TRACTOR | CAT00D6NJALY01345 |
| 475 | TW489 | 2003 | CATERPILLAR | D6N XL | CRAWLER | TACK TRACTOR | CAT00D6NJAKM00562 |
| 476 | TW298/XG072 | 1980 | CATERPILLAR | D6D | CRAWLER | TACK TRACTOR | 20X02420 |
| 477 | TW221/XG60 | 1979 | CATERPILLAR | D6D | CRAWLER | TACK TRACTOR | 20X02109 |
| 478 | TW278/XG7 | 1979 | CATERPILLAR | D6D | CRAWLER | TACK TRACTOR | 04X00229 |
| 479 | TD206 | 1979 | CATERPILLAR | D6D | CRAWLER | TACK TRACTOR | 04X04522 |
| 480 | TW307/XG055 | 1976 | CATERPILLAR | D6C | CRAWLER | TACK TRACTOR | 47J04757 |
| 481 | TW245 | 1974 | CATERPILLAR | D6C | CRAWLER | TACK TRACTOR | 99J02101 |
| 482 | TW146 | 1966 | CATERPILLAR | D4D | CRAWLER | BUFFING TRACTOR | 78A05093 |
| 483 | TW145 | 1966 | CATERPILLAR | D4D | CRAWLER | BUFFING TRACTOR | 78A05092 |
| 484 | TW144 | 1966 | CATERPILLAR | D4D | CRAWLER | BUFFING TRACTOR | 78A04595 |
| 485 | TM365 | 1998 | CATERPILLAR | 963B | LGP | CRAWLER LOADER | 9BL02712 |
| 486 | TM364 | 1998 | CATERPILLAR | 963B | LGP | CRAWLER LOADER | 9BL02703 |
| 487 | TM257 | 1985 | CATERPILLAR | 953 | | CRAWLER LOADER | 05Z00777 |
| 488 | TM485 | 2007 | TERRAMITE | TSS38 | RIDE ON | BROOM | 23TS0415 |
| 489 | BH141 | 1992 | CATERPILLAR | 325L | | HYDRAULIC EXCAVATOR | 6KK00098 |
| 490 | TM360 | | ARROW MASTER | G400 | MOBILE | DROP HAMMER | 4473 |
| 491 | SR89 | 1973 | LINK-BELT | LS98PL | | CRAWLER DRAGLINE | 1LP1381H |
| 492 | SR137 | 1965 | LINK-BELT | LS98PL | | CRAWLER DRAGLINE | 1PL111 |
| 493 | SR125 | 1973 | LINK-BELT | LS78PL | | CRAWLER DRAGLINE | 7DP2302 |
| 494 | SU007 | 1991 | READ | RD150 | 7 FT X 12 FT 2 DECK PORTABLE | SCREEN | 469 |
| 495 | SU004 | 1987 | READ | RD90B | 6 FT X 10 FT 2 DECK PORTABLE | SCREEN | 492387 |
| 496 | TM484 | 2006 | TIMBERPRO | TF840 | 8X8 | FORWARDER | 840F0163070706 |
| 497 | TM422 | 2000 | TIMBCO | TF820D | 8X8 CLAM BUNK | FORWARDER | F116042100 |
| 498 | BR030 | 2000 | AMERICAN AUGERS | 60-1200S | 60 IN. SKID MOUNTED | BORING MACHINE | AB612590400 |
| 499 | BR024 | 1997 | AMERICAN AUGERS | 60-1200S | 60 IN. SKID MOUNTED | BORING MACHINE | 6012MGHD5109746 |
| 500 | BR022 | 1992 | AMERICAN AUGERS | 60-1200S | 60 IN. SKID MOUNTED | BORING MACHINE | 601MGHDS029026 |
| 501 | BR041 | 2000 | BARBCO | 24/30-150 | 30 IN. SKID MOUNTED | BORING MACHINE | 2400150080054 |
| 502 | BR042 | 1972 | CROSE | 36-56 | 36-56 IN. HORIZONTAL | BORING MACHINE | 0886 |
| 503 | BR019 | 1980 | CRC-EVANS | HBM30-48 | 30-48 IN. HORIZONTAL | BORING MACHINE | 019 |
| 504 | BR023 | 1970 | CRC-EVANS | BR42 | 42 IN. HORIZONTAL | BORING MACHINE | 578 |
| 505 | BR015 | | CRC-EVANS | BR42 | 42 IN. HORIZONTAL | BORING MACHINE | 114 |
| 506 | BR018 | 1966 | CRC-EVANS | RB1642T | 42 IN. HORIZONTAL | BORING MACHINE | RB146 |
| 507 | BR020 | | EVANS | HBM | 30-42 IN. HORIZONTAL | BORING MACHINE | 020 |
| 508 | BR044 | | HOLTE | | 42 IN. | PIPE PUSHER | |
| 509 | BR029 | 1999 | CHAMPION | 240 | 30 IN. PNEUMATIC | PIPE PUSHER | 011593 |
| 510 | BR031 | 2001 | TT TECHNOLOGIES | GOLIATH | 18 IN. PNEUMATIC | PIPE PUSHER | RF45000296215 |
| 511 | BR034 | 1995 | NUMA | CHALLANGER C180 | 18 IN. PNEUMATIC | PIPE PUSHER | |
| 512 | BR021 | 1987 | CUSTOMBUILT | | HYDRAULIC SKID MOUNTED | PUSH UNIT | |
| 513 | BR051 | 2012 | ROBBINS | | 42 IN. | DISC CUTTER HEAD | 4225669 |
| 514 | BR046 | 2010 | ROBBINS | | 42 IN. | DISC CUTTER HEAD | 42RH90000020608 |
| 515 | BR048 | 2010 | ROBBINS | | 36 IN. | DISC CUTTER HEAD | 36TH9001005060 |
| 516 | BR047 | 2010 | ROBBINS | | 36 IN. | DISC CUTTER HEAD | 36RH90010041107 |
| 517 | BR045 | 2010 | ROBBINS | | 30 IN. | DISC CUTTER HEAD | 30RH0000010108 |
| 518 | BR049 | 2012 | ROBBINS | | 24 IN. | DISC CUTTER HEAD | SBU2446718 |
| 519 | BR050 | 2012 | AMERICAN AUGERS | | 24 IN. | DISC CUTTER HEAD | 10111 |
| 520 | | | | | 42 IN. | AUGERS (23) | |
| 521 | | | | | 42 IN. | CUTTING HEADS (2) | |
| 522 | DR004 | 1988 | CATERPILLAR | 225B | W/JOHN HENRY JH84P ROCK | DRILL | 2ZD01210 |
| 523 | DM043 | 1974 | CLEVELAND | 400W | CRAWLER WHEEL | TRENCHER | 404894W |
| 524 | DM035 | 1967 | CLEVELAND | 400W-5 | CRAWLER WHEEL | TRENCHER | 40427W |
| 525 | DM051 | 1965 | CLEVELAND | 400 | CRAWLER WHEEL | TRENCHER | 4040950 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 526 | DM048 | 1981 | CLEVELAND | 350 | CRAWLER WHEEL | TRENCHER | 3514310 |
| 527 | DM049 | 2000 | VERMEER | LM42 | WALK BEHIND | TRENCHER | 1VRM112L2Y1001698 |
| 528 | | | | | 54 FT | RAILCARS (8) | |
| 529 | RRQ1 | | | | | RAILROAD CARS (6) | |
| 530 | RRQ2 | | | | | RAILROAD CARS (6) | |
| 531 | RRQ3 | | | | | RAILROAD CARS (3) | |
| 532 | RRQ4 | | | | | RAILROAD CARS (6) | |
| 533 | RRQ5 | | | | 90 FT | RAILROAD CAR (1) | |
| 534 | | | | | | RAILROAD CARS (4) | |
| 535 | ZC019 | | | | | ROLLIE CRADLES | |
| 536 | ZC022 | | | | | ROLLIE CRADLES | |
| 537 | ZC31/32/33/3 | | DARBY | 36-48 | QUANTITY OF (4) PIPE | ROLLER CRADLES | 348181 |
| 538 | | | | | | CRADLES (19) | |
| 539 | BN22 | 1996 | CRC-EVANS | PB32-42 | CRAWLER PIPE | BENDING MACHINE | PB4284 |
| 540 | BN019 | 1996 | CRC-EVANS | PB32-42 | CRAWLER PIPE | BENDING MACHINE | PB4233 |
| 541 | BN017 | 1969 | CRC-CROSE | PB24-36 | CRAWLER PIPE | BENDING MACHINE | PB36119 |
| 542 | BN024 | 2008 | CRC-EVANS | PB22-36 | CRAWLER PIPE | BENDING MACHINE | PB36214C |
| 543 | BN023 | 2007 | CRC-EVANS | PB22-36 | CRAWLER PIPE | BENDING MACHINE | PB36208C |
| 544 | BN020 | 1999 | DARBY | HPB22-36 | CRAWLER PIPE | BENDING MACHINE | 13652 |
| 545 | BN18 | 1969 | CRC-CROSE | PB22-36 | CRAWLER PIPE | BENDING MACHINE | PB36110 |
| 546 | BN014 | 1965 | CRC-CROSE | PB22-36 | CRAWLER PIPE | BENDING MACHINE | 3674 |
| 547 | BN011 | 1967 | CROSE | PB16-30 | CRAWLER PIPE | BENDING MACHINE | PB3094 |
| 548 | BN12 | 1961 | CROSE | PB16-30 | CRAWLER PIPE | BENDING MACHINE | 3032 |
| 549 | BN021 | 1995 | DARBY | PB6-20 | PORTABLE PIPE | BENDING MACHINE | 99S8S |
| 550 | BN010 | 1967 | CRC-CROSE | PB6-20 | PORTABLE PIPE | BENDING MACHINE | 20176 |
| 551 | BN008 | 1967 | CRC-EVANS | PB6-20 | PORTABLE PIPE | BENDING MACHINE | 20175 |
| 552 | BN07 | 1966 | CRC-CROSE | PB6-20 | PORTABLE PIPE | BENDING MACHINE | 20160 |
| 553 | PF003 | 1986 | EVANS | PFM | 40 IN. - 42 IN. PIPE | FACING MACHINE | 066 |
| 554 | PF002 | 1999 | DARBY | HEFM2436 | PIPE | FACING MACHINE | 7243653 |
| 555 | PF001 | 1999 | DARBY | HEFM2436 | PIPE | FACING MACHINE | 7243654 |
| 556 | SU003 | 1989 | DYNAPAD | K46 | 4 FT X 6 FT 2 DECK | PADDING MACHINE | 906004 |
| 557 | BF19 | | SPEICHER | 4300 | 12 FT PIPELINE | BACKFILLER | 2006 |
| 558 | BF20 | | SPEICHER | 4300 | 12 FT PIPELINE | BACKFILLER | H4315R |
| 559 | BF22 | | SPEICHER | 4300 | 12 FT PIPELINE | BACKFILLER | |
| 560 | BF23 | | BROWN BEAR | 4300 | 12 FT PIPELINE | BACKFILLER | H4312R2033 |
| 561 | XG068 | 2009 | VANGUARD | CPW125-4 | CONTINUOUSLY POWERED | WELDING SYSTEM | CA00600073 |
| 562 | XG069 | 2009 | VANGUARD | CPW125-4 | CONTINUOUSLY POWERED | WELDING SYSTEM | CA00600067 |
| 563 | XG071 | 2009 | VANGUARD | CPW125-4 | CONTINUOUSLY POWERED | WELDING SYSTEM | CA00600080 |
| 564 | ZB206 | 2012 | VACUWORX | RC10 | 22000 LB VACUUM | PIPE LIFTER | RC1000346 |
| 565 | ZB204 | 2012 | VACUWORX | RC10 | 22000 LB VACUUM | PIPE LIFTER | RC1000319 |
| 566 | ZB205 | 2012 | VACUWORX | RC10 | 22000 LB VACUUM | PIPE LIFTER | RC1000330 |
| 567 | ZB179 | 2001 | VACUWORX | RC10 | 22000 LB VACUUM | PIPE LIFTER | RC1000055 |
| 568 | ZB171 | 1999 | VACUWORX | RC10 | 22000 LB VACUMM | PIPE LIFTER | RC1000013A |
| 569 | ZB192 | | VACUWORX | RP42 | 42 IN. VACUUM PIPE | LIFTING PAD | |
| 570 | ZB181 | | VACUWORX | RP42 | 42 IN. VACUUM PIPE | LIFTING PAD | RP0420006 |
| 571 | ZB183 | | VACUWORX | RP30 | 30 IN. VACUUM PIPE | LIFTING PAD | |
| 572 | ZB182 | | VACUWORX | RP30 | 30 IN. VACUUM PIPE | LIFTING PAD | |
| 573 | ZB210 | 2012 | VACUWORX | RP24 | 24 IN. VACUUM PIPE | LIFTING PAD | RP0240132 |
| 574 | ZB185 | 2004 | VACUWORX | RP24 | 24 IN. VACUUM PIPE | LIFTING PAD | RPO240022 |
| 575 | ZB208 | 2012 | VACUWORX | RP20 | 20 IN. VACUUM PIPE | LIFTING PAD | RPO200272 |
| 576 | ZB207 | 2012 | VACUWORX | RP20 | 20 IN. VACUUM PIPE | LIFTING PAD | RP0200271 |
| 577 | ZB208 | 2012 | VACUWORX | RP20 | 20 IN. VACUUM PIPE | LIFTING PAD | RPO200270 |
| 578 | ZB208 | 2012 | VACUWORX | RP20 | 20 IN. VACUUM PIPE | LIFTING PAD | RP0200269 |
| 579 | ZB209 | 2012 | VACUWORX | RP20 | QUANTITY OF (2) 20 IN. VACUUM PIPE | LIFTING PAD | RPO0200243243&244 |
| 580 | ZB184 | | VACUWORX | RP16 | 16 IN. VACUUM PIPE | LIFTING PAD | RP0160013 |
| 581 | ZB180 | | | | 16 IN. | LIFTING PAD | |
| 582 | PL005 | | CUSTOMBUILT | | 42 IN. SKID MOUNTED | PIG LAUNCHER | SPL9713 |
| 583 | PL004 | | CUSTOMBUILT | | 36 IN. SKID MOUNTED | PIG LAUNCHER | SPC9836 |
| 584 | PL002 | | CUSTOMBUILT | | 30 IN. | PIG LAUNCHER | SPC9630 |
| 585 | PL006 | | CUSTOMBUILT | | 24 IN. | PIG LAUNCHER | OBL |
| 586 | PL001 | | CUSTOMBUILT | | 20 IN. | PIG LAUNCHER | SPC9520 |
| 587 | PL003 | | CUSTOMBUILT | | 12 IN. | PIG LAUNCHER | SPC9712 |
| 588 | PL007 | 2011 | CUSTOMBUILT | | 10 IN. | PIG LAUNCHER | 28466 |
| 589 | | | CUSTOMBUILT | | 42 IN. | PIG LOADER | |
| 590 | | | CUSTOMBUILT | | DRY RUN | PIG RECEIVERS (2) | |
| 591 | | | CUSTOMBUILT | | 42 IN. | TEST HEAD | |
| 592 | SS01 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 593 | SS02 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 594 | SS03 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 595 | SS04 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 596 | SS05 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 597 | SS06 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 598 | SS07 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 599 | SS08 | | | | 20 FT SKID MOUNTED | SKID SLOOP | |
| 600 | | | CUSTOMBUILT | | TOW BEHIND | SLEDS (9) | |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 601 | SHE-5 | | CUSTOMBUILT | | 8 FT X 12 Ft 6 IN. | TOW BEHIND SLEDS (2) | |
| 602 | | | | | | SANDBLAST POTS (10) | |
| 603 | | | CLEMCO | | 6 CYL | SANDBLAST POTS & HOSES (3) | |
| 604 | | | | | SELF-PROPELLED | INTERNAL REPAIR WELDER CARRIER | |
| 605 | | | KC BRAND | | 42 IN. | EXTERNAL LINE UP CLAMPS (7) | |
| 606 | | | KC BRAND | | 12 IN. | EXTERNAL LINE UP CLAMPS (7) | |
| 607 | | | | | | CRAWLERS BEVELLING BANDS (6) | |
| 608 | | | | | 24 IN. | BEVELLING BANDS (4) | |
| 609 | | | | | 42 IN. | BEVELLING BANDS (30) | |
| 610 | | | | | | LIFTING BELTS (2) | |
| 611 | RP007 | | DEGELMAN | R570H | 60 IN. PORTABLE S/A TOW BEHIND | ROCK PICKER | 9938 |
| 612 | ZM10 | | FINN | B70 | SKID MOUNTED | STRAW BLOWER | RS1596 |
| 613 | XG040 | | OLYMPIAN | | 125 KW SKID MTD | GENERATOR | |
| 614 | XG044 | | | | | GENERATOR | |
| 615 | XG045 | | MARATHON | | 148 KW | GENERATOR | LM222062-0499 |
| 616 | XG053 | 1999 | CATERPILLAR | XQ225 | 205 KW PORTABLE | GEN SET (10-249 KW/12.5-310 KVA) | 6PK00951 |
| 617 | AC52/FL165 | | INGERSOLL-RAND | 950/350 | 950 CFM PORTABLE | AIR COMPRESSOR | 1840U48UD |
| 618 | AC83/LB194 | 1972 | JOY | WB12X75 | 330 CFM 1,700 PSI PORTABLE | AIR COMPRESSOR | |
| 619 | AC89/AC90 | 1974 | SULLAIR | 1600DP | 1600 CFM SKID MOUNTED | AIR COMPRESSOR | 16532FGD/16533FGD |
| 620 | AC82 | 1998 | SULLAIR | 185DPQJD | SKID MTD | AIR COMPRESSOR | 004124632 |
| 621 | AC085 | | SULLAIR | | 185 CFM | AIR COMPRESSOR | |
| 622 | WM320 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008275 |
| 623 | WM327 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008371 |
| 624 | WM313 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008267 |
| 625 | WM316 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008271 |
| 626 | WM322 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008277 |
| 627 | WM326 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008370 |
| 628 | WM315 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008370 |
| 629 | WM319 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008274 |
| 630 | WM317 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008272 |
| 631 | WM314 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008268 |
| 632 | WM318 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008273 |
| 633 | WM321 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008276 |
| 634 | WM323 | 2008 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LJ008278 |
| 635 | WM297 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH012915 |
| 636 | WM287 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011837 |
| 637 | WM278 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH009427 |
| 638 | WM285 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011835 |
| 639 | WM296 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH012914 |
| 640 | WM292 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH012909 |
| 641 | WM288 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011838 |
| 642 | WM281 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011731 |
| 643 | WM293 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH012910 |
| 644 | WM289 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011839 |
| 645 | WM295 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH012912 |
| 646 | WM290 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011840 |
| 647 | WM286 | 2007 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011836 |
| 648 | WM261 | 2003 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LC151190 |
| 649 | WM262 | 2003 | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LC151187 |
| 650 | WM279 | | MILLER | PIPE PRO 304 | SKID MOUNTED | WELDER | LH011729 |
| 651 | WS | | | | | WELDING SHACKS (18) | |
| 652 | HP54 | 2000 | GOULDS | 3316 | 10 IN. SKID MOUNTED HIGH HEAD | FILL PUMP | 239C948 |
| 653 | HP047 | 1999 | GOULDS | 3316 | 8 IN. SKID MOUNTED HIGH HEAD | FILL PUMP | 239C906 |
| 654 | HP027 | | GOULDS | 3316 | 10 IN. SKID MOUNTED HIGH HEAD | FILL PUMP | 265B433 |
| 655 | HP010 | 2013 | GOULDS | 3316 | 8 IN. SKID MOUNTED HIGH HEAD | FILL PUMP | A276C513 |
| 656 | HP058 | 1998 | GOULDS | 3316 | 8 IN. SKID MOUNTED HIGH HEAD | PUMP | A265C474 |
| 657 | HP30 | | GOULDS | 3330 | 6 IN. SKID MOUNTED HIGH HEAD | FILL PUMP | 213B0762 |
| 658 | HP29 | | GOULDS | 3330 | 6 IN. SKID MOUNTED HIGH HEAD | FILL PUMP | 213B0761 |
| 659 | HP39 | 1996 | PATTERSON | DMD | 6 IN. SKID MOUNTED HIGH HEAD | FILL PUMP | C00540601 |
| 660 | HP06 | 1972 | GRIFFIN | 155DGM | 6 IN. SKID MOUNTED HIGH HEAD | PUMP | FILLPUMP |
| 661 | HP048 | 1999 | GOULDS | 3196 | 8 IN. SKID MOUNTED | PUMP | 239C905 |
| 662 | HP016 | 1998 | GOULDS | 3196 | 8 IN. SKID MOUNTED LOW HEAD | FILL PUMP | 263B882 |
| 663 | HP15 | | PACO | 2980121 | 8 IN. SKID MOUNTED LOW HEAD | FILL PUMP | BJH17614 |
| 664 | HP055 | | PACO | | 8 IN. SKID MOUNTED LOW HEAD | FILL PUMP | 306426 |
| 665 | HP38 | 1996 | PATTERSON | TYPE M | 6 IN. SKID MOUNTED LOW HEAD | FILL PUMP | SCC000297001 |
| 666 | HP17 | | MARLOW | | SKID MOUNTED LOW HEAD | PUMP | 50437101 |
| 667 | HP57 | 2009 | GOULDS | 3316 | 10 IN. SKID MOUNTED DEWATERING | PUMP | A262C694 |
| 668 | HP45 | | BARNES | 200CCD1 | 10 IN. SKID MOUNTED DEWATERING | PUMP | 30065119 |
| 669 | WP376 | 1999 | PACO | 4NNTL-F5 | 8 IN. SKID MOUNTED DEWATERING | PUMP | 99E01521A |
| 670 | WP375 | 1999 | CORNELL | 4NNTL-F5 | 6 IN. SKID MOUNTED DEWATERING | PUMP | 110348825 |
| 671 | UP99 | 1967 | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | 67207FD |
| 672 | UP94 | 1967 | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | 67188FG |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 673 | UP068 | 1967 | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | 67164FG |
| 674 | UP140 | | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | |
| 675 | UP91 | | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | |
| 676 | UP139 | | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | |
| 677 | UP081 | | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | |
| 678 | UP141 | | CRC-CROSE | 600A | 6 IN. SKID MOUNTED DEWATERING | PUMP | |
| 679 | HP41 | | GARDNER-DENVER | | 3 IN. SKID MOUNTED TRIPLEX | PRESSURE PUMP | 3471421 |
| 680 | HP2 | | KERR | KP3300 | SKID MOUNTED TRIPLEX | PRESSURE PUMP | 126 |
| 681 | HP12 | 1968 | FWI | HIJI-350 | 4 IN. PORTABLE TRIPLEX | PRESSURE PUMP | 3066 |
| 682 | HP040 | | GARDNER-DENVER | 2005963 | SKID MOUNTED TRIPLEX | PUMP | 910193 |
| 683 | HP53 | | GASO | 3400 | SKID MOUNTED TRIPLEX | PRESSURE PUMP | 26370 |
| 684 | HP42 | 1997 | GOULDS | 3360 | 6 X 8 IN. 4 STAGE PORTABLE | HIGH HEAD FILL PUMP | 175748 |
| 685 | HP21 | | OILWELL | 346P | 6 IN. SKID MOUNTED TRIPLEX | PRESSURE PUMP | P115494 |
| 686 | HP056 | | WHEATLEY | 5P323 | 3 IN. SKID MOUNTED QUINTRIPLEX | PUMP | B395 |
| 687 | HP022 | | WHEATLEY | 5P300 | 2 IN. SKID MOUNTED TRIPLEX | PRESSURE PUMP | 5P082 |
| 688 | HP035 | | WHEATLEY | P323 | 2 IN. PORTABLE TRIPLEX | PUMP | 8030 |
| 689 | HP51 | 1969 | WHEATLEY | | 2 IN. PORTABLE TRIPLEX | PRESSURE PUMP | 3145 |
| 690 | HP52 | | WHEATLEY | HPU500 | 2 IN. PORTABLE TRIPLEX | PRESSURE PUMP | 7412 |
| 691 | HP31/FL69 | | GASO | 3600 | PORTABLE HIGH PRESSURE | PUMP | 35209 |
| 692 | BP009 | 2001 | FMC | LD618HVD1 | SKID MOUNTED TRIPLEX | BENTONITE PUMP | 631901B14 |
| 693 | BP007 | | FMC | IC413C | 750 PSI SKID MOUNTED DUPLEX | BENTONITE PUMP | 080800029 |
| 694 | WP178 | | PIONEER | SPP66S200TD4312 | 6 IN. FLOODED WATER | PUMP | 1440P |
| 695 | WP149 | 1999 | GODWIN PUMPS | HS200GP | 10 IN. HYDRAULIC SUBMERSIBLE | PUMP | 99113014 |
| 696 | WP148 | 1999 | GODWIN PUMPS | HS150GP | 6 IN. HYDRAULIC SUBMERSIBLE | PUMP | 99112925 |
| 697 | | | | | QUANTITY OF | WATER PUMPS | |
| 698 | WP377 | | | | | VAC PUMPS/WELL POINT SYSTEM | |
| 699 | UP135 | | | | 6 IN. | DITCH PUMP | |
| 700 | UP138 | | | | | DITCH PUMP | |
| 701 | MT491 | | | | 12000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 702 | MT411 | 2009 | STUART HASTEDT | | 10000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | 050905 |
| 703 | MT480 | | | | 10000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 704 | MT487 | | | | 10000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 705 | MT410 | | | | 10000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 706 | MT377 | | | | 10000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 707 | MT483 | | | | 9000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 708 | MT277 | | BRENNER | | 9000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 709 | MT276 | | | | 8000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 710 | MT481 | | | | 8000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 711 | MT478 | | | | 8000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 712 | MT376 | | | | 8000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 713 | MT377/490 | | | | 8000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 714 | MT486 | 2005 | ROBSTOWN WELDING | | 6100 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | 138222 |
| 715 | MT412 | 2009 | STUART HASTEDT | | 6000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | 070906 |
| 716 | MT482 | | | | 6000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 717 | MT489 | | | | 6000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 718 | MT484 | | | | 6000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 719 | MT375 | | | | 6000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 720 | MT479 | | | | 5000 GALLON SKID MOUNTED | SELF CONTAINMENT TANK | |
| 721 | | | CUSTOMBUILT | | 90 X 42 IN. | TOW BEHIND ROLLER | |
| 722 | LB340 | 1996 | LOAD KING | 653/5DFM | 65 TON 7/AXLE COMBINATION | LOWBOY | 1B4L61379T1120045 |
| 723 | LB314 | 2000 | ASPEN | HG65-2A+1 | 65 TON 6/AXLE COMBINATION | LOWBOY | 1A9LB5527YL448099 |
| 724 | LB226 | 1991 | LOAD KING | 402/654DFP | 65 TON 6/AXLE COMBINATION | LOWBOY | 1B4L58276M1117148 |
| 725 | LB272 | 1997 | ATOKA | 24HDT603 | 60 TON TRI/A | LOWBOY | 1A9DB2436VA245547 |
| 726 | LB266 | 1996 | ATOKA | 23DDE603 | 60 TON TRI/A | LOWBOY | 1A9LC2432TA245373 |
| 727 | LB220 | 1991 | ATOKA | 20DDE603 | 60 TON TRI/A | LOWBOY | 1A9LC453XMA245018 |
| 728 | LB494 | 2009 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5435391027571 |
| 729 | LB496 | 2009 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5335691027798 |
| 730 | LB495 | 2009 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5335491027797 |
| 731 | LB460 | 2008 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5335481027412 |
| 732 | LB459 | 2008 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5335081027410 |
| 733 | LB427 | 2008 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5335681027086 |
| 734 | LB402 | 2007 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5335471026520 |
| 735 | LB401 | 2007 | LOAD KING | 503/554SSF | 55 TON TRI/A | LOWBOY | 5LKL5335971026514 |
| 736 | LB424 | 2008 | LOAD KING | 553/4SS | 55 TON TRI/A | LOWBOY | 5LKL5335781027095 |
| 737 | LB426 | 2008 | LOAD KING | 553/4SS | 55 TON TRI/A | LOWBOY | 5LKL5335181027092 |
| 738 | LB423 | 2008 | LOAD KING | 553/4SS | 55 TON TRI/A | LOWBOY | 5LKL5335X81027091 |
| 739 | LB421 | 2008 | LOAD KING | 553/4SS | 55 TON TRI/A | LOWBOY | 5LKL5335881027090 |
| 740 | LB420 | 2008 | LOAD KING | 553/4SS | 55 TON TRI/A | LOWBOY | 5LKL5335181027089 |
| 741 | LB347 | 2003 | LOAD KING | 553/SS | 55 TON TRI/A | PUMP | 5LKL4935031024571 |
| 742 | LB341 | 2002 | LOAD KING | 553/SS | 55 TON TRI/A | LOWBOY | 5LKL4935021024164 |
| 743 | LB403 | 2002 | LOAD KING | 553/SS | 55 TON TRI/A | LOWBOY | 5LKL4936921023632 |
| 744 | LB470 | 2006 | EAGER BEAVER | 55G6SL3 | 55 TON TRI/A | LOWBOY | 112S0552661071167 |
| 745 | LB393 | 2001 | FONTAINE | TH55FLDNGB | 55 TON TRI/A | LOWBOY | 13NES240713597981 |
| 746 | LB383 | 1998 | TRAIL KING | TK110HDG-S23 | 55 TON TRI/A | LOWBOY | 1TKJ0523XWM033221 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 747 | LB174 | 1987 | ATOKA | 20DDE503 | 50 TON TRI/A | LOWBOY | ATMC320D507887773 |
| 748 | LB138 | 1982 | ATOKA | 16DDE | 50 TON TRI/A | LOWBOY | AT710249 |
| 749 | LB288 | 1986 | LOAD KING | 503DF | 50 TON TRI/A | LOWBOY | 1L4L43350G1014141 |
| 750 | LB274 | 1980 | LOAD KING | 503DFP | 50 TON TRI/A | LOWBOY | 11529 |
| 751 | LB168 | 1981 | VULCAN | LB50 | 50 TON TRI/A | LOWBOY | 1V9L47306B1008025 |
| 752 | LB139 | 1980 | BIRMINGHAM | 1250DLSS | 50 TON TRI/A | LOWBOY | KQ602 |
| 753 | LB137 | 1975 | FONTAINE | RGTT45D | 50 TON TRI/A | LOWBOY | 26147 |
| 754 | LB191 | 1979 | TRANSPORT | 45LDD3S | 45 TON TRI/A | LOWBOY | TC79018 |
| 755 | LB92 | 1974 | LOAD KING | 403DR | 40 TON TRI/A | LOWBOY | 2980 |
| 756 | 426A | 2013 | LOAD KING | FL201SS | 10 TON S/A | BOOSTER | 5LKF05114D1028495 |
| 757 | 423A | 2013 | LOAD KING | FL201SS | 10 TON S/A | BOOSTER | 5LKF05112D1028494 |
| 758 | 99-2050A | 2009 | LOAD KING | FL201SF | 10 TON S/A | BOOSTER | 5LKF1411491027801 |
| 759 | 494A | 2009 | LOAD KING | FL201SF | 10 TON S/A | BOOSTER | 5LKF1411191027724 |
| 760 | 496A | 2009 | LOAD KING | FL201SF | 10 TON S/A | BOOSTER | 5LKF1411691027721 |
| 761 | LB424B | 2008 | LOAD KING | FL201SF | 10 TON S/A | BOOSTER | 5LKF041681027500 |
| 762 | LB424A | | LOAD KING | | | TAG AXLE | |
| 763 | 383A | 2002 | TRAIL KING | TK22FA051 | 10 TON S/A | BOOSTER | 1TKS005142M108846 |
| 764 | FL398 | 2007 | TRANSCRAFT | TL2000NS2 | 48 FT X 102 IN. T/A | FLATBED TRAILER | 1TTF4820972019062 |
| 765 | FL397 | 2007 | TRANSCRAFT | TL2000NS2 | 48 FT X 102 IN. T/A | FLATBED TRAILER | 1TTF4820772019061 |
| 766 | FL396 | 2007 | TRANSCRAFT | TL2000NS2 | 48 FT X 102 IN. T/A | FLATBED TRAILER | 1TTF4820572019060 |
| 767 | FL471 | 2006 | TRANSCRAFT | TL2000NS2 | 48 FT X 102 IN. T/A | FLATBED TRAILER | 1TTF4820861081153 |
| 768 | FL449 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C6W1582778 |
| 769 | FL439 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C5W1581489 |
| 770 | FL445 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C3W1581488 |
| 771 | FL437 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C1W1581487 |
| 772 | FL436 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482CXW1581486 |
| 773 | FL435 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C8W1581485 |
| 774 | FL434 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C6W1581484 |
| 775 | FL433 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C4W1581483 |
| 776 | FL448 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C0W1581481 |
| 777 | FL447 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C2W1581479 |
| 778 | FL450 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C7W1581476 |
| 779 | FL438 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1428C5W1581475 |
| 780 | FL440 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C3W1581474 |
| 781 | FL444 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C1W1581473 |
| 782 | FL443 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482CXW1581472 |
| 783 | FL442 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C6W1581467 |
| 784 | FL441 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C0W1581464 |
| 785 | FL446 | 1998 | FONTAINE | FTW58048SL | 48 FT X 96 IN. T/A | FLATBED TRAILER | 13N1482C9W1581463 |
| 786 | FL326 | 1990 | LUFKIN | FL75 | 48 FT X 96 IN. T/A SPREAD AXLE | FLATBED TRAILER | 1L01B482XL1088373 |
| 787 | FL255 | 1989 | DORSEY | | 45 FT X 96 IN. T/A | FLATBED TRAILER | 1DTP16720KP027154 |
| 788 | FL473 | 1997 | FRUEHAUF | | 45 FT X 96 IN. T/A | FLATBED TRAILER | 1JJF452F2VS437174 |
| 789 | FL472 | 1997 | FRUEHAUF | | 45 FT X 96 IN. T/A | FLATBED TRAILER | 1JJF452F0VS437173 |
| 790 | FL339 | 1996 | LUFKIN | FLII | 45 FT X 96 IN. T/A SPREAD AXLE | FLATBED TRAILER | 1L01B4522T1121237 |
| 791 | FL467 | 1987 | GREAT DANE | GP45 | 45 FT X 96 IN. T/A | FLATBED TRAILER | 1GRDM9029HM045220 |
| 792 | FL273 | 1985 | UTILITY | FS2CHE | 45 FT X 96 IN. T/A SPREAD AXLE | FLATBED TRAILER | 1UYFS2459FA255806 |
| 793 | MT313 | 1984 | UTILITY | FS2CHE | 45 FT X 96 IN. T/A SPREAD AXLE | FLATBED FUEL TRAILER | 1UYFS24S3EA081701 |
| 794 | FL370 | 1974 | FONTAINE | | 45 FT X 96 IN. T/A | FLATBED TRAILER | 25840 |
| 795 | FL391 | 2004 | DORSEY | | 42 FT X 96 IN. T/A | FLATBED TRAILER | 1DTP164224HP02338 |
| 796 | FL392 | 1981 | AZTEC | | 40 FT X 96 IN. T/A | FLATBED TRAILER | 8482AZT |
| 797 | FL196 | 1975 | TRANSCRAFT | | 40 FT X 96 IN. T/A | FLATBED TRAILER | CT8490 |
| 798 | FL295 | 1965 | DORSEY | | 40 FT X 96 IN. T/A | FLATBED TRAILER | 59293 |
| 799 | FL373 | | | | T/A | FLATBED TRAILER | |
| 800 | FL395 | 2007 | TRANSCRAFT | DTL3000F3 | 53 FT TRI/A | STEP DECK TRAILER | 1TTE5330071082437 |
| 801 | FL400 | 2001 | TRANSCRAFT | DTL3000F3 | 53 FT TRI/A | STEP DECK TRAILER | 1TTE5330711066811 |
| 802 | FL372 | 1979 | VULCAN | FTD65 | 48 FT T/A | STEP DECK TRAILER | VT469079 |
| 803 | FL432 | 1979 | GREAT DANE | GPD42 | 35 TON 42 FT T/A | STEP DECK TRAILER | M23602 |
| 804 | FL120 | 1970 | DORSEY | | 40 FT X 96 IN. T/A | OILFIELD FLOAT | 87506 |
| 805 | FL176 | 1980 | LUFKIN | | 42 FT X 96 IN. T/A | OILFIELD FLOAT | 57556 |
| 806 | FL82 | 1966 | HOBBS | | 40 FT X 96 IN. T/A | OILFIELD FLOAT | FHG34061 |
| 807 | FL123 | 1962 | HYSTER | | 38 FT X 96 IN. T/A | OILFIELD FLOAT | 10059 |
| 808 | FL250 | 1979 | FRUEHAUF | | 38 FT T/A | FLOAT TRAILER | 7L93473005 |
| 809 | RD0310 | 1998 | RANCO | ED2830QF | 28 FT T/A QUARTER FRAME | END DUMP TRAILER | 1R9ES9507WL008855 |
| 810 | MV001 | 2000 | PRO VAC | 1200 | 600 GALLON T/A | VACUUM TRAILER | |
| 811 | MV002 | 2000 | PRO VAC | 1200 | 600 GALLON T/A | VACUUM TRAILER | |
| 812 | MT307 | 1970 | FRUEHAUF | | 8500 GALLON T/A WATER | TANK TRAILER | VNM376705 |
| 813 | MT170 | 1960 | GREAT DANE | 54T | 8275 GALLON T/A WATER | TANK TRAILER | 19256 |
| 814 | VN385 | 1991 | GREAT DANE | | 45 FT T/A OFFICE | VAN TRAILER | 1GRAA96Z2MB117103 |
| 815 | VN259 | 1988 | TIMPTE | | 45 FT T/A OFFICE | VAN TRAILER | 44533 |
| 816 | VN223 | 1983 | FRUEHAUF | FS9F245MST | 45 FT S/A OFFICE | VAN TRAILER | 1H2R04526DH005839 |
| 817 | VN177 | 1976 | FRUEHAUF | FB9F244ST | 44 FT T/A OFFICE | VAN TRAILER | HPX556301 |
| 818 | VN159 | 1971 | FRUEHAUF | FB8F240ST | 40 FT T/A OFFICE | VAN TRAILER | HPN356620 |
| 819 | VN72 | 1959 | FRUEHAUF | SSWRP235 | 35 FT T/A OFFICE | VAN TRAILER | FW122718 |
| 820 | VN502 | 1999 | WABASH | DVCVHSA | 53 FT T/A | VAN TRAILER | 1JJV532W7XL502045 |
| 821 | VN501 | 1994 | GREAT DANE | 7411TJWLA | 53 FT T/A | VAN TRAILER | 1GRAA0623R8131523 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 822 | VN456 | 1995 | GREAT DANE | 7411TJWAL | 48 FT T/A | VAN TRAILER | 1GRAA9623SB164807 |
| 823 | VN498 | 1992 | STOUGHTON | AVW485TSC | 48 FT T/A | VAN TRAILER | 1DW1A4823NS752845 |
| 824 | VN431 | 1989 | LUFKIN | TFVIPST | 48 FT T/A | VAN TRAILER | 1L01F4823K1082027 |
| 825 | VN265 | 1988 | GREAT DANE | 7011TZ1W48 | 48 FT T/A | VAN TRAILER | 1GRAA9624JB150543 |
| 826 | VN350 | 1987 | TIMPTE | | 48 FT T/A | VAN TRAILER | 1TDR48028HB062726 |
| 827 | VN477 | 1987 | FRUEHAUF | FB915F248 | 48 FT T/A | VAN TRAILER | 1H2V04827HH030989 |
| 828 | VN430 | 1987 | HOBBS | | 48 FT T/A | VAN TRAILER | 1H5V04822HM018923 |
| 829 | VN311 | 1986 | TRAILMOBILE | 011N1EAX | 48 FT T/A | VAN TRAILER | 1PT011NH4G9009825 |
| 830 | VN474 | 1986 | FRUEHAUF | FB9F248LLW | 48 FT T/A | VAN TRAILER | 1H2V04822GE024047 |
| 831 | VN380 | 1985 | FRUEHAUF | FBXX3W48102ST | 48 FT T/A | VAN TRAILER | 2H8R04830FS011940 |
| 832 | VN354 | 1984 | FRUEHAUF | FBXF248CSTLLW2 | 48 FT T/A | VAN TRAILER | 1H2R04824FH061405 |
| 833 | VN332 | 1984 | DORSEY | FPDT82 | 48 FT T/A | VAN TRAILER | 1DTV14X24EA166466 |
| 834 | VN500 | 2001 | TRAILMOBILE | | 45 FT T/A | VAN TRAILER | 1PT01JAH416004137 |
| 835 | VN458 | 1993 | TRAILMOBILE | 01AN1RAL | 45 FT T/A | VAN TRAILER | 1PT01ANH5P9015939 |
| 836 | VN284 | 1989 | GREAT DANE | | 45 FT T/A | OFFICE/VAN TRAILER | 1GRAA9024KB018702 |
| 837 | VN386 | 1989 | GREAT DANE | | 45 FT T/A | VAN TRAILER | 1GRAA9023KB107001 |
| 838 | VN319 | 1988 | STOUGHTON | GSVWZ455TSC | 45 FT T/A | VAN TRAILER | 1DW1A452XJS853234 |
| 839 | VN318 | 1988 | STOUGHTON | GSVWZ455TSC | 45 FT T/A | VAN TRAILER | 1DW1A4520JS853162 |
| 840 | VN387 | 1988 | GREAT DANE | 721T21B | 45 FT T/A | OFFICE/VAN TRAILER | 1GRAA9025JB214601 |
| 841 | VN283 | 1988 | GREAT DANE | 721TZ1RP | 45 FT T/A | VAN TRAILER | 1GRAA9327J5039005 |
| 842 | VN287 | 1988 | GREAT DANE | 721T7RP | 45 FT T/A | VAN TRAILER | 1GRAA9325J5039004 |
| 843 | VN267 | 1988 | LUFKIN | TFVIPST | 45 FT T/A | VAN TRAILER | 1L01A4523J1077459 |
| 844 | VN260 | 1986 | TRAILMOBILE | 011N1UAL | 45 FT T/A | VAN TRAILER | 1PT011NHXG9007125 |
| 845 | VN279 | 1983 | STRICK | | 45 FT T/A | VAN TRAILER | 1S12E8455D251362 |
| 846 | VN278 | 1983 | STRICK | | 45 FT T/A | VAN TRAILER | 1S12E845XDE251156 |
| 847 | VN268 | 1983 | GREAT DANE | 731TRCH | 45 FT T/A | VAN TRAILER | 1GRCA9028DB051505 |
| 848 | VN345 | 1982 | MONON | | 45 FT T/A | VAN TRAILER | 1NNVF4520CM059571 |
| 849 | VN211 | 1980 | TRAILMOBILE | | 45 FT T/A | VAN TRAILER | V96014 |
| 850 | VN210 | 1980 | TRAILMOBILE | 011L1CAW | 45 FT T/A | VAN TRAILER | V62401 |
| 851 | VN222 | 1980 | AMERICAN | | 45 FT T/A | VAN TRAILER | 33753 |
| 852 | VN254 | 1979 | UTILITY | VS2RS | 45 FT T/A | OFFICE/VAN TRAILER | 8T03678007 |
| 853 | VN476 | 1979 | FRUEHAUF | | 45 FT S/A | VAN TRAILER | BLV970807 |
| 854 | VN309 | 1978 | FRUEHAUF | FG8F245 | 45 FT T/A | VAN TRAILER | HPZ620968 |
| 855 | VN338 | 1978 | CEPCO | FS150 | 45 FT T/A | VAN TRAILER | 15405 |
| 856 | VN378 | 1977 | TRAILMOBILE | D11M4UAW | 45 FT T/A | VAN TRAILER | S94515 |
| 857 | VN257 | 1974 | FRUEHAUF | FG8F245 | 45 FT T/A | VAN TRAILER | CHS186332 |
| 858 | VN379 | 1965 | BRANTFORD | CAT5W45 | 45 FT T/A | VAN TRAILER | 66202214 |
| 859 | VN422 | 1982 | UTILITY | VS2RS | 43 FT T/A | OFFICE/VAN TRAILER | 1UYVS2430CU754601 |
| 860 | VN186 | 1975 | DORSEY | | 42 FT T/A | VAN TRAILER | 114569 |
| 861 | VN208 | 1979 | FRUEHAUF | FBZ9F240 | 40 FT T/A | VAN TRAILER | MAV584843 |
| 862 | VN221 | 1978 | TRAILMOBILE | 011L4CAW | 40 FT T/A | VAN TRAILER | T61300 |
| 863 | VN183 | 1976 | DORSEY | | 40 FT T/A | VAN TRAILER | 120693 |
| 864 | VN258 | 1976 | UTILITY | VS2DS | 40 FT T/A | VAN TRAILER | 7U69117002 |
| 865 | VN308 | 1974 | GREAT DANE | 742TDS40 | 40 FT T/A STEP DECK | VAN TRAILER | 68701 |
| 866 | VN206 | 1974 | FRUEHAUF | | 40 FT T/A | VAN TRAILER | HPR480970 |
| 867 | VN205 | 1974 | FRUEHAUF | FBZ8F240 | 40 FT T/A | VAN TRAILER | MAS433346 |
| 868 | VN169 | 1973 | TRAILMOBILE | A11N4CAI | 40 FT T/A | OFFICE/VAN TRAILER | J68425 |
| 869 | VN207 | 1972 | FRUEHAUF | FBZ9F240 | 40 FT T/A | VAN TRAILER | MAZ557388 |
| 870 | VN148 | 1970 | DORSEY | AIRIT209 | 40 FT T/A | VAN TRAILER | 83825 |
| 871 | VN115 | 1963 | TRAILMOBILE | E78215 | 40 FT T/A | VAN TRAILER | 168162 |
| 872 | VN86 | 1959 | FRUEHAUF | VF3S240 | 40 FT T/A | VAN TRAILER | ME32222 |
| 873 | VN475 | 1984 | GREAT DANE | 7411TJWAL | 45 FT T/A | VAN TRAILER | 1GRFA9618EB147003 |
| 874 | VN381 | 1980 | WILLOCK | | 45 FT T/A SHACK INSULATED | VAN TRAILER | |
| 875 | VN503 | 1999 | Utility | VS2RS | 53 FT T/A | VAN TRAILER | 1UYVS2532XU824505 |
| 876 | CT342 | | BUTLER | | 5 FT 6 IN. X 12 FT T/A | UTILITY TRAILER | CNV |
| 877 | CT355 | | ANDERSON | | 6 FT 8 IN. X 10 FT T/A | UTILITY TRAILER | CNV |
| 878 | CT405 | | | | 5 X 12 FT S/A | UTILITY TRAILER | CNV |
| 879 | CT466 | 2007 | WYLIE | | T/A | Equipment Trailer | 5VUTW13207L000649 |
| 880 | CT479 | | BIG TEX | 29SA | 5 X 10 FT S/A | UTILITY TRAILER | |
| 881 | CT492 | 2005 | CENTREVILLE | | 7 FT 6 IN. X 6 FT T/A ALUMINUM | UTILITY TRAILER | 5JVTT182751000948 |
| 882 | | | NOMANCO | WER610 | 6 X 10 FT T/A | UTILITY TRAILER | 4NMU11014DR000912 |
| 883 | CT354 | | ANDERSON | | 6 FT 6 IN. X 10 FT T/A | EQUIPMENT TRAILER | CNV |
| 884 | CT357 | | ANDERSON | | 6 FT 6 IN. X 12 FT T/A | EQUIPMENT TRAILER | CNV |
| 885 | CT302 | | | | 16 FT T/A | EQUIPMENT TRAILER | NOT-AVAILABLE |
| 886 | CT406 | 2007 | | | 12 FT S/A | EQUIPMENT TRAILER | 16VAX121X72A73958 |
| 887 | CT492 | | QUALITY TRAILERS | | T/A | UTILITY TRAILER | |
| 888 | PT229/229A | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54021NA245064 |
| 889 | PT228 | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P5402XNA245063 |
| 890 | PT237 | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54028NA245062 |
| 891 | PT236 | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54026NA245061 |
| 892 | PT235 | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54024NA245060 |
| 893 | PT234 | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54028NA245059 |
| 894 | PT233 | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54026NA245058 |
| 895 | PT232 | 1992 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54024NA245057 |
| 896 | PT225 | 1991 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54023MA245033 |

Schedule A Sheehan Pipeline April 13, 2016

| RBA ID | OWNER ID | YEAR | MANUFACTURER | MODEL | MODEL DESCRIPTION | MACHINE TYPE | SN |
|---|---|---|---|---|---|---|---|
| 897 | PT224 | 1991 | ATOKA | 40SPT252 | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1A9P54021MA245032 |
| 898 | PT296 | 1985 | ATOKA | | 60 FT T/A EXTENDABLE | PIPE TRAILER | AT71785692 |
| 899 | PT248 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1L9P06223LT127008 |
| 900 | PT247 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1L9P06223LT127007 |
| 901 | PT246 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1L9P06223LT127006 |
| 902 | PT245 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1L9P06223LT127005 |
| 903 | PT244 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1L9P06223LT127004 |
| 904 | PT243 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1LT906223LT127003 |
| 905 | PT242 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1LT906223LT127002 |
| 906 | PT241 | 1990 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1LT906223LT127001 |
| 907 | PT252 | 1981 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 1L9PS6288BT009041 |
| 908 | PT304 | 1979 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10431 |
| 909 | PT147 | 1979 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10419 |
| 910 | PT303 | 1979 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10418 |
| 911 | PT306 | 1979 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10398 |
| 912 | PT305 | 1979 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10395 |
| 913 | PT146 | 1979 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10394 |
| 914 | PT158 | 1978 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10371 |
| 915 | PT390 | 1978 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10057 |
| 916 | PT90 | 1974 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 10055 |
| 917 | PT153 | 1971 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 98077623 |
| 918 | PT240 | 1968 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | 9545 |
| 919 | PT154 | 1963 | LELAND | | 60 FT T/A EXTENDABLE | PIPE TRAILER | |
| 920 | PT187 | 1975 | CUSTOMBUILT | | 60 FT T/A EXTENDABLE | PIPE TRAILER | TR1357630 |
| 921 | PT156 | 1955 | DARBY | | 60 FT T/A EXTENDABLE | PIPE TRAILER | NW3363205 |
| 922 | PT394 | 1955 | DARBY | | 60 FT T/A EXTENDABLE | PIPE TRAILER | RS265198 |
| 923 | PT60 | 1948 | SPENCER | | 40 FT T/A | PIPE TRAILER | TR17076 |
| 924 | PT499 | | ROLLIGON | | 60 FT X 9 FT 6 IN. T/A T/A EXTENDAB | PIPE TRAILER | |
| 925 | ZW012 | 1999 | CATERPILLAR | VFSS0 | 50 TON CRAWLER PIPELINE LGP | VERSATILE FLOATATION SYSTEM TRAILE | 8KK00623 |
| 926 | ZW013 | 1999 | CATERPILLAR | VFSS0 | 50 TON CRAWLER PIPELINE LGP | VERSATILE FLOTATION SYSTEM TRAILER | 8KK00633 |
| 927 | CT238 | | | | T/A | CARGO TRAILER | |
| 928 | CT238 | 1993 | WELLS CARGO | 45W8 | 5 X 8 FT S/A | CARGO TRAILER | 1WC200C10P4013862 |
| 929 | CT321 | | TIMBERWOLFE | | 5 X 8 FT S/A | CARGO TRAILER | CNV |
| 930 | CT418 | | STAGE COACH | | 7 X 16 FT T/A | POWER WASHER TRAILER | CNV |
| 931 | CT455 | | TEXAS BRAG | | 16 FT T/A | TRAILER | CNV |
| 932 | CT230 | | WELLS CARGO | | | CARGO TRAILER | |
| 933 | CT465 | 2007 | INTERSTATE | ILRD714TA2 | T/A | CARGO TRAILER | 4RACS14277C011107 |
| 934 | CT275 | 1998 | CARGO MATE | | 16 Ft x 7 Ft 6 In. | CARGO TRAILER | 4X4T5E628WB009369 |
| 935 | CT282 | 2004 | PLAY-MOR | | 10 X 5 FT | CARGO TRAILER | 19W30091841K30360 |
| 936 | CT298 | | | | 26 Ft | CARGO TRAILER | NOT-AVAILABLE |
| 937 | ZB154 | 1999 | NPK | E225 | | EXCAVATOR HYDRAULIC HAMMER | 60703 |
| 938 | ZB155 | 1999 | NPK | E220 | | EXCAVATOR HYDRAULIC HAMMER | 60034 |
| 939 | ZB151 | 1998 | NPK | H216 | | EXCAVATOR HYDRAULIC HAMMER | 58311 |
| 940 | ZB-196 (add) | 2008 | HERCULES | SP100 | VIBRATORY | PILE/DRIVER/EXTRACTOR | 08U280 |
| 941 | ZB-197 (add) | 2008 | HERCULES | SP100 | VIBRATORY | PILE/DRIVER/EXTRACTOR | 08U30 |
| 942 | | | EDGE | | | SEED & FERTILIZER BROADCASTER | |
| 943 | | | EDGE | | | GRAPPLE FORK | |
| 944 | | | EDGE | | | ROOT RAKE | |
| 945 | | | | | | JOB BOXES (2) | |
| 946 | | | | | 15 FT | TRENCH BLAST MATS (40) | |
| 947 | | | | | WATER TRANSFER | PIPE (8) | |
| 948 | | | | | QUANTITY OF | SAFETY BARRELS | |
| 949 | | | | | QUANTITY OF | TRUCK TOOL BOXES | |
| 950 | | | | | QUANTITY OF | WIRE ROPE | |
| 951 | | | | | QUANTITY OF | CUTTING EDGES AND WEAR PARTS | |
| 952 | | | | | QUANTITY OF | PICKUP FUEL TANKS | |
| 953 | | | | | QUANTITY OF | SHACKLES | |
| 954 | PU1217 | 2009 | FORD | F250 | XL SUPER DUTY CREW CAB 4X4 | PICKUP PARTS ONLY | 1FTSW21559EA09936 |
| 955 | PU1024 | 2001 | FORD | F250 | XLT SUPER DUTY EXTENDED CAB 4X4 | PICKUP PARTS ONLY | 1FTNX21S31EA79052 |
| 956 | PU1060 | 1999 | FORD | F250 | SUPER DUTY CREW CAB 4X4 | PICKUP PARTS ONLY | 1FTNW21F1XEA79873 |
| 957 | PU1067 | | CHEVROLET | 1500HD | | PICKUP PARTS ONLY | 1GCHK23205F901279 |
| 958 | PU961 | | GMC | 1500 | | PICKUP PARTS ONLY | 1GTGK24U0XE588776 |
| 959 | FB835 | | CHEVROLET | KODIAK | | FLATBED TRUCK PARTS ONLY | |