UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:                                          )
                                                )
SHEEHAN PIPE LINE CONSTRUCTION  )      CASE NO. 16-10678
   CO.                                          )      CHAPTER 11
                                                )
                                                )
              Debtor(s).        )

NOTICE OF APPOINTMENT
OF UNSECURED CREDITORS COMMITTEE

    Samuel K. Crocker, United States Trustee for Region 20, hereby gives notice of the formation of the Official Committee of the Unsecured Creditors.

| Creditor | Representative |
|---|---|
| Ohio-West Virginia Excavating Co.<br>56461 Ferry Landing Rd.<br>Shadyside, OH  43947 | Roger Lewis, President<br>(740) 676-7464<br>(740) 676-4410  FAX<br>rlewis@owvexcavating.com<br><br>W. Eric Gadd, Esq.<br>P. O. Box 831<br>Wheeling, WV  26003<br>(304) 230-6950<br>(304) 230-6951  FAX<br>egad@spilmanlaw.com |
| Cleveland Brothers Equipment Co., Inc.<br>4565 Williams Penn Highway<br>Murrysville, PA  15668 | David D. Hough, Director of Credit & Finance<br>(724) 325-9394<br>(724) 325-9299  FAX<br>dhough@clevelandbrothers.com<br><br>Henry Jaffe, Esq.<br>1313 N. Market St., Ste. 5100<br>Wilmington, DE  19899<br>(302) 777-6575<br>(302) 397-2712  FAX<br>jaffeh@pepperlaw.com |

|  |  |
|---|---|
|  | Andrew Turner, Esq.<br>4000 One Williams Center<br>Tulsa, OK  74172<br>(918) 586-8972<br>(918) 586-8672  FAX<br>aturner@cwlawfirm.com |
| Central States, Southeast & Southwest<br> Areas Pension Fund<br>9377 W. Higgins Rd.<br>Rosemont, IL  60018 | Brandon A. Buyers<br>(847) 939-2464<br>(847) 518-9797<br>bbuyers@centralstates.org |
| Cecil I. Walker Machinery Co.<br>P. O. Box 2427<br>Charleston, WV  25329 | Sheliah Lowe<br>(304) 949-6400<br>(304) 949-2378  FAX<br> slowe@walker-cat.com |
|  | Suzanne Jett Trowbridge, Esq.<br>300 Summers St., Ste. 1500<br>P. O. Box 2107<br>Charleston, WV  25328-2107 |
| Dated: May 5, 2016 | UNITED STATES TRUSTEE<br>SAMUEL K. CROCKER<br><br> /s/ Katherine Vance<br>Katherine Vance OBA #9175<br>Assistant U. S. Trustee<br>224 S. Boulder, Rm 225<br>Tulsa, OK 74103<br>(918) 581-6670<br>(918) 581-6674  FAX |

## CERTIFICATE OF MAILING

I hereby give notice that I mailed a true and correct copy of the aforementioned Notice of Appointment of the Unsecured Creditors Committee to the list of the appointed committee and Debtor on the 5th day of May, 2016, and further Counsel for the debtor, Gary McDonald, and all parties that have requested Notice in the Bankruptcy Court will receive electronic notice by CM/ECF.

 /s/ Katherine Vance
Katherine Vance