IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SHEEHAN PIPE LINE CONSTRUCTION | ) | Case No. 16-10678 |
| COMPANY, | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF REDACTION**

Sheehan Pipe Line Construction Company ("Debtor"), debtor-in-possession herein, by and through its counsel, pursuant to Bankruptcy Rule 9037, Local Rule 1007-1(h) and 13-GO-01, files this Notice of Redaction. In support hereof, Debtor states as follows:

1. On April 15, 2016, Debtor filed its Schedules of Assets and Liabilities and Statement of Financial Affairs with its Voluntary Petition for Non-Individuals Filing for Bankruptcy.

2. It has come to Debtor's attention that some personal identifiers were inadvertently included in an exhibit to said Statement of Financial Affairs, however such personal identifiers are not tied to any individual as no corresponding names are listed. These personal identifiers were listed in the schedule showing payments within 90 days of the bankruptcy filing, which included payments made on account of employees' child support obligations, payroll taxes, and other similar obligations.

3. In an abundance of caution and in order to remove the personal identifiers from the record in this matter, Debtor files this Notice to seal its Schedules of Assets and Liabilities and Statement of Financial Affairs filed on April 15, 2016 and replace said Schedules and Statement of Financial Affairs with replacement schedules, attached hereto as Exhibit "A" that

are identical to the Schedules filed on April 15, 2016 with the exception of redaction of such personal identifiers.

WHEREFORE, Debtor requests that the Schedules of Assets and Liabilities and Statement of Financial Affairs filed on April 15, 2016 be sealed and replaced with the document attached hereto as Exhibit "A."

Dated: May 9, 2016

Respectfully submitted,

*/s/ Chad J. Kutmas*
Gary M. McDonald, OBA No. 5960
Chad J. Kutmas, OBA No. 19505
Mary E. Kindelt, OBA No. 21728
MCDONALD, MCCANN, METCALF & CARWILE, LLP
First Place Tower
15 E. Fifth Street, Suite 1400
Tulsa, OK 74103
(918) 430-3700
(918) 430-3770 (Fax)

*Attorneys for the Debtor and Debtor-in-Possession*